**WILSON TURNER KOSMO LLP**
VICKIE E. TURNER (106431)
ROBERT K. DIXON (262252)
OLIVIA J. MINER (306546)
402 West Broadway, Suite 1600
San Diego, California  92101
Telephone:  (619) 236-9600
Facsimile:  (619) 236-9669
E-mail:  vturner@wilsonturnerkosmo.com
E-mail:  rdixon@wilsonturnerkosmo.com
E-mail:  ominer@wilsonturnerkosmo.com

Attorneys for Defendants
BMW OF NORTH AMERICA, LLC and
SUNROAD BCV AUTO, INC. dba BMW
OF EL CAJON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIYU DONG,<br><br>    Plaintiff,<br><br>v.<br><br>BMW OF NORTH AMERICA, LLC.; SUNROAD BCV AUTO, INC dba BMW OF EL CAJON; and DOES 1 to 10,<br><br>    Defendants. | Case No. 3:19-cv-02202-DMS-BGS<br><br>**DECLARATION OF ROBERT K. DIXON IN SUPPORT OF JOINT STATEMENT ADDITIONAL DEPOSITIONS**<br><br>Complaint Filed:  October 10, 2019 |

I, Robert K. Dixon, declare:

1. I am an attorney duly licensed to practice in the State of California and a Partner at the law firm of Wilson Turner Kosmo LLP.  I am one of the attorneys of record for Defendants BMW of North America, LLC ("BMW NA") and Sunroad BCV Auto, Inc. dba BMW of El Cajon ("BMW of El Cajon") (collectively, "Defendants").

2. I have personal knowledge of the facts contained in this declaration, and if called upon to testify I would and could do so as set forth herein, except as to those matters that are explicitly set forth as based on upon information and belief and, as to such matters, I am informed and believe that they are true and correct.

1  3. On January 15, 2020, Defendants provided their initial disclosures, which included the service and repair records, Purchase Agreement, Customer Relations File, Warranty Vehicle Inquiry ("WVI"), and Service and Warranty Information Book. **A true and correct copy of the WVI is attached hereto as Exhibit A.**

4. Plaintiff's first set of written discovery was served in May 2020. Plaintiff's served written discovery shortly before this case was removed, that discovery became moot once Defendants' removed this action to federal court. In response to Plaintiff's May 2020 discovery requests, Defendants provided additional documents, including the TSARA Case, SIBs applicable to the Subject Vehicle, and Puma Case, and TSARA Case on June 22 and July 2, 2020. The TSARA Case produced contained some redactions, as to some employee names and contact information. But no substantive information was redacted in this version. The substance of the communications between BMW and the Dealer were not redacted. For example, substance of BMWNA's inquiry about locations of Plaintiff's fueling stations was not redacted.

5. Plaintiff noticed the depositions of Defendants' 30(b)(6) witnesses based on very broad topics that covered a myriad of different issues. For example, Plaintiff's notice sought a witness prepared to answer "Questions relating to the nature and extent of all of the service history and warranty history relating to the SUBJECT VEHICLE. . . . Questions relating to the applicable warranties provided by YOU covering the SUBJECT VEHICLE. . . Questions relating to all COMMUNICATIONS between YOU and any other PERSON regarding the SUBJECT VEHICLE. . . Questions relating to all service advisory notices, technical service bulletins, recalls, DEFECT investigations, and other REPAIR DOCUMENTS relating to the SUBJECT VEHICLE. . ." In response Defendants agreed to produce 30(b)(6) witnesses subject to the objections and limitations outlined in their respective responses. Defendants agreed to produce 30(b)(6) witnesses to testify about each Defendants' general knowledge of the Subject Vehicle's service and repair history and the service bulletins (or SIBs) that are applicable to the Subject Vehicle. True and correct copies of BMW of El Cajon's

1  Second Amended Objection to Plaintiff's Notice of Deposition of BMW of El Cajon's
2  Person Most Qualified and BMW NA's Third Amended Objection to Plaintiff's Notice
3  of Deposition of BMW NA's Person Most Qualified is attached **hereto as Exhibit B**
4  (pertinent portions only).

5      6.    Plaintiff never met and conferred or raised any issue with the objections
6  and/or the limits 30(b)(6) witnesses' testimony before proceeding with the depositions.

7      7.    BMW of El Cajon selected Daniel Luker to testify as its 30(b)(6) witness.
8  Mr. Luker is the Dealer's Assistant Service Manager and he has been with the company
9  for eighteen years. A true and correct copy of excerpts of Mr. Luker's deposition
10 transcript is **attached hereto as Exhibit C** (pertinent portions only).

11     8.    With the assistance of counsel, Mr. Luker reviewed hundreds of records
12 related to the Subject Vehicle to prepare for the deposition. During Mr. Luker's
13 approximately six-hour deposition, he provided complete, knowledgeable, and binding
14 answers on behalf of the BMW of El Cajon about multiple topics, including the Subject
15 Vehicle's maintenance and repairs that BMW of El Cajon performed.

16     9.    BMW NA selected Jose Grijalva to testify as its 30(b)(6) witness. Mr.
17 Grijalva is a Customer Support Engineer. A true and correct copy of excerpts of Mr.
18 Grijalva's deposition transcript is attached **hereto as Exhibit D.**

19     10.    With the assistance of counsel, Mr. Grijalva reviewed hundreds of records
20 related to the Subject Vehicle and spoke with another BMW NA employee to prepare
21 for his deposition. Before he testified, BMW NA produced a less redacted version of
22 the TSARA Case.

23     11.    During Mr. Grijalva's nearly seven-hour deposition, he provided
24 complete, knowledgeable, and binding answers on behalf of BMW NA related to a
25 variety of topics, such as all of the Subject Vehicle's maintenance and repair
26 presentations, the SIBs that were applicable to the Subject Vehicle (e.g., SIB 01 14 17),
27 and BMW NA's denial of Plaintiff's repurchase request.
28

-3-    Case No. 3:19-cv-02202-DMS-BGS
DECLARATION OF ROBERT K. DIXON IN SUPPORT OF JOINT STATEMENT
ADDITIONAL DEPOSITIONS

12. The October 2017 and August 2018 versions of SIB 01 14 17 apply to certain F 15 series vehicles and only apply to Model Year 2014 vehicles. Since the Subject Vehicle is a Model Year 2015, these prior versions are inapplicable. True and correct copies of the prior versions of SIB 01 14 17 (Oct. 2017) and SIB 01 14 17 (Aug. 2018)), which apply to model years that pre-date the Subject Vehicle are **attached hereto as Exhibit E.**

13. Following the depositions of Mr. Luker and Mr. Grijalva, counsel for the parties met and conferred regarding Plaintiff's desire to take additional depositions of BMW of El Cajon's technicians: Mike Piatkowski—who sent an April 2019 communication to the Dealer inquiring about the location for the gas stations Plaintiff uses—and another BMW NA 30(b)(6) witnesses to testify about prior versions of SIB 01 14 17. A true and correct copy of the Meet-and-Confer Emails exchanged between counsel on July 27, 2020, is **attached hereto as Exhibit F.**

14. True and correct copies of Repair Order Detail Report 186070, which references BMW of El Cajon Technician Jose Diaz, and Repair Order Detail Report 213975, which references BMW of El Cajon Technician Gary Hartman, are **attached hereto as Exhibit G**.

Executed this 7th day of August, 2020, pursuant to the laws of the United States of America and the State of California, at San Diego, California.

                                   *s/ Robert K. Dixon*
                                    ROBERT K. DIXON

<mark>Case 3:19-cv-02202-DMS-BGS   Document 35   Filed 08/07/20   PageID.434   Page 5 of 5</mark>

**EXHIBITS-TABLE OF CONTENTS**

| Exhibit Number | Description | Page Numbers |
|---|---|---|
| A. | Warranty Vehicle Inquiry | A6 to A7 |
| B. | BMW NA's Third Amended Objection to Plaintiff's Notice of Deposition of BMW NA's Person Most Qualified | B8 to B17 |
| C. | Copy of excerpts of Daniel Luker's deposition transcript | C18 to C27 |
| D. | Copy of excerpts of Jose Grijalva's deposition transcript | D28 to D45 |
| E. | Prior versions of SIB 01 14 17 (Oct. 2017) and SIB 01 14 17 (Aug. 2018) | E46 to E48 |
| F. | Meet-and-Confer Emails exchanged between counsel on July 27, 2020 | F49 to F53 |
| G. | Repair Order Detail Report 186070 and 213975 | G54 to G56 |

-5-    Case No. 3:19-cv-02202-DMS-BGS
DECLARATION OF ROBERT K. DIXON IN SUPPORT OF JOINT STATEMENT ADDITIONAL DEPOSITIONS