# EXHIBIT "C"

EXHIBIT C - 18

Deposition of
DANIEL LUKER

DONG V. BMW OF NORTH AMERICA
July 16, 2020

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   SIYU DONG,                      )
                                     )
 5            Plaintiff,             )
                                     ) Case No.
 6       vs.                         ) 19-cv-2202 DMS (BGS)
                                     )
 7   BMW OF NORTH AMERICA, LLC;      )
     SUNROAD BCV AUTO, INC dba BMW   )
 8   OF EL CAJON; and DOES 1 to 10,  )
                                     )
 9            Defendants.            )
     _____)
10
11
12                  DEPOSITION OF
13             PERSON MOST KNOWLEDGEABLE
14                   DANIEL LUKER
15           APPEARING VIA VIDEO CONFERENCE
16             FROM SAN DIEGO, CALIFORNIA
17                   JULY 16, 2020
18
19
20
21
22
23
     Reported by:
24   RENAE E. LOPEZ
     CSR 12142
25   No. 20-91868
```

Page 2

```
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   SIYU DONG,                      )
                                     )
 5            Plaintiff,             )
                                     ) Case No.
 6       vs.                         ) 19-cv-2202 DMS (BGS)
                                     )
 7   BMW OF NORTH AMERICA, LLC;      )
     SUNROAD BCV AUTO, INC dba BMW   )
 8   OF EL CAJON; and DOES 1 to 10,  )
                                     )
 9            Defendants.            )
     _____)
10
11
12
13
14
15        DEPOSITION OF DANIEL LUKER, a witness
16      herein, taken on behalf of the plaintiff,
17      all parties appearing via video conference,
18      at 11:02 a.m., on Thursday, July 16, 2020,
19      before Renae E. Lopez, CSR 12142.
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2   (All parties appearing via video conference)
 3   For Plaintiff:
 4
            CLINE, APC
 5          BY MARK JOHNSON
            7855 Ivanhoe Avenue, Suite 408
 6          La Jolla, California 92037
            858.373.9337
 7          mark@clineapc.com
 8
     For Defendants:
 9
10          WILSON, TURNER, KOSMO, LLP
            BY ROBERT DIXON
11          402 West Broadway, Suite 1600
            San Diego, California 92101
12          619.236.9600
            rdixon@wilsonturnerkosmo.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1                  I N D E X
 2   WITNESS:  DANIEL LUKER
 3   EXAMINATION BY                              PAGE
 4   MR. DIXON                                      7
 5
 6               E X H I B I T S
 7   PLAINTIFF'S    DESCRIPTION                  PAGE
 8   Ex 1          Notice of Deposition            40
                   of Person Most Knowledgeable
 9
     Ex 2          Objection to Notice of         238
10                 Deposition of Person
                   Most Knowledgeable
11
     Ex 3          Retail Installment Sale        238
12                 Contract
13   Ex 4          Service and Warranty           238
                   Information
14
     Ex 5          BMW of El Cajon Repair         238
15                 Order 137330
16   Ex 5-A        BMW of El Cajon Repair         238
                   Order 162743
17
     Ex 6          BMW of El Cajon Repair         238
18                 Order 168300
19   Ex 7          BMW of El Cajon Repair         238
                   Order 173196
20
     Ex 8          BMW of El Cajon Repair         238
21                 Order 183267
22   Ex 9          BMW of El Cajon Repair         194
                   Order 186070
23
     Ex 10         BMW of El Cajon Repair         183
24                 Order 193964
25
```

Deposition of
DANIEL LUKER

DONG V. BMW OF NORTH AMERICA
July 16, 2020

Page 89

1 Q. And that's Exhibit 13 you're referencing; is
2 that correct, the --
3 A. That's correct.
4 Q. Okay. So the technician will have all the
5 prior service and repair visits from -- for that
6 subject vehicle?
7 A. Not that's handed to him. He'll have all of
8 those documents, and then he has the ability to -- via
9 his computer system that he's logged into, he has the
10 ability to see the history via what's been done in the
11 past.
12 Q. Okay. Will he be provided with any TSBs
13 related to that particular vehicle when he receives a
14 repair order?
15 A. No, he won't be provided any TSBs, unless
16 that advisor has printed one out for him as a
17 reference. He would have to find his own.
18 Q. Why would a service advisor print out a TSB
19 and attach it to the Repair Order for the technician?
20 A. That's strictly knowledge and experience.
21 So, for instance, it -- and it would be a suggestion,
22 not a guarantee that that's the -- or that's the TSB
23 that matters. It's just more along the lines of if I'd
24 seen a repair or I'd seen a situation, many times I
25 might print out that TSB and say, "Hey, I ran into this

Page 90

1 before. Look at it to see if it applies or if it falls
2 within the scope of that."
3 Q. And does the technician have -- we kind of
4 went over it -- the resources to be able to directly
5 communicate with BMW technical assistance, or do they
6 have to go through the central dispatcher?
7 A. They typically go through a central
8 dispatcher or their shop foreman.
9 Q. Okay. And on a repair order, what
10 information do the technicians input?
11 A. The technicians will input their findings,
12 any kind of diagnostic code that comes with the
13 diagnostic test plan they're running, any kind of
14 specifications. As far as like voltage tests that they
15 have to do, they're responsible to input that
16 information, as well as their out mileage when the car
17 is finished.
18 Q. And is BMW of El Cajon licensed with the
19 California Bureau of Automotive Repairs?
20 A. It is.
21 Q. And does the facility or BMW of El Cajon
22 follow the Bureau of Automotive Repairs' guidelines
23 regarding who -- what to write in the Repair Order?
24 A. We do.
25 Q. Okay. And as Mr. Dixon has mentioned, BMW

Page 91

1 of El Cajon has produced Pages 1 through 458 of the
2 initial disclosure in the production of documents,
3 which are repair orders, and so we're going to go ahead
4 and go through those, but before we do, some of these
5 repair orders are quite lengthy, and I've seen
6 different versions on any given repair order between --
7 they say customer copy, warranty copy, accounting copy,
8 and file copy.
9   Before we get into it, can you give me an
10 explanation of what the difference between these
11 documents are? And start with what's the customer
12 copy?
13 A. The customer copy is the copy -- it's the
14 same as the other documents, with the exception of
15 under warranty, it doesn't display to them the pricings
16 of the parts or the labor that's performed, but gives
17 them the same information of the cause, of the concern,
18 cause, and correction of -- of each concern.
19 Q. And why doesn't it show the costs and labor?
20 A. Because the customer's not paying for that
21 job. That would be on the warranty and accounting side
22 of it. The warranty side would have the pricings on it
23 that BMW of North America is paying for.
24 Q. And when it comes to the warranty pricing,
25 is -- if the customer were to pay for the repair, would

Page 92

1 it be the exact same price as the price that BMW pays
2 for repair?
3   MR. DIXON: Objection; vague and ambiguous;
4 calls for speculation. The customer repairs might be
5 the same or otherwise, they might not, but is there an
6 example, a concrete example you can give him?
7 BY MR. JOHNSON:
8 Q. You can go ahead and answer.
9 A. Typically, the warranty would pay a lower
10 rate on their parts and labor than a customer pay would
11 provide.
12 Q. Do you know, could you estimate by what
13 percentage it would be lower?
14   MR. DIXON: Same objection.
15   THE WITNESS: I can't.
16 BY MR. JOHNSON:
17 Q. Okay. Maybe I'll do -- in the future repair
18 orders, so I'll ask you then. The accounting copy,
19 what does that provide?
20 A. The accounting copy provides the same
21 information as the other copies, including part numbers
22 and labor, and it also lists out the work time or the
23 labor minutes that it took to -- to log on to do that
24 job. It gives the detail report of the technician's
25 time on those jobs.

Page 141

1 like you're referencing something. Maybe repeat your
2 question. It's a little hard to hear you.
3     MR. JOHNSON: Oh, is it? I apologize.
4  Q. Was BMW -- were you aware that Mr. Parker
5 told Miss Dong that she had a rare problem with her
6 2015 BMW X5 regarding her fuel pump?
7  A. Not that I'm aware of.
8  Q. Are you aware that Mr. Parker informed
9 Miss Dong that he'd seen similar problems with other
10 2015 BMW X5s?
11  A. I'm not aware of their private conversation.
12  Q. Are you aware of whether or not Mr. Parker
13 informed Mr. Diaz of Miss Dong's concern, the situation
14 surrounding her concerns?
15  A. I wouldn't be aware of their conversations.
16  Q. Would those conversations be important for
17 the diagnostics of the vehicle?
18     MR. DIXON: Objection; calls for
19 speculation.
20     THE WITNESS: No, they wouldn't.
21 BY MR. JOHNSON:
22  Q. And why is that?
23  A. Because the issue of the vehicle is a loss
24 of power. It died while driving. It's not starting.
25 Her -- her -- her -- if she had a concern of her

Page 142

1 safety, it wouldn't be pertinent to us diagnosing the
2 vehicle.
3  Q. Would it matter at all?
4     MR. DIXON: Objection; vague and ambiguous;
5 incomplete question.
6     THE WITNESS: No, it would not matter, in
7 determining the problem with the vehicle.
8 BY MR. JOHNSON:
9  Q. Okay. And on this first concern, I'm going
10 to do my best not bouncing around documents too much or
11 page numbers, so bear with me. Was the concern
12 verified?
13  A. It was verified.
14  Q. And what was the cause of the concern? Was
15 the concern in this particular -- I'm talking about
16 Line Item B.
17  A. They found the high pressure fuel pump
18 defective, contaminating the fuel system.
19  Q. And what was the cause of the high -- or
20 fuel pump failure?
21  A. Internal failure of the fuel pump itself.
22  Q. And what do you mean by that?
23  A. Meaning there's -- we wouldn't be able to
24 tell internally what caused the fuel pump to fail,
25 other than knowing that the fuel pump failed.

Page 143

1  Q. Would you be able to tell if the fuel
2 pump -- scratch that. Strike that.
3     Is the fuel pump a serviceable item?
4     MR. DIXON: Objection as to time.
5     THE WITNESS: It is not replaced under a
6 general maintenance, no.
7 BY MR. JOHNSON:
8  Q. Can you -- can you maintain a fuel pump?
9     MR. DIXON: I'm going to object that it
10 calls for expert testimony, exceeds the scope of the
11 deposition notice. The witness can answer, on behalf
12 of himself, not the company.
13     THE WITNESS: There's nothing a customer
14 could do to maintain a fuel pump, other than keeping a
15 fuel level in the car.
16 BY MR. JOHNSON:
17  Q. Based off our earlier conversation, going
18 through the prior repair orders, did the customer ever
19 have a concern regarding loss of power to the vehicle,
20 or was this the first time that she had this concern?
21  A. As far as I can see, this is the only
22 time -- this is the first time she noted a loss of
23 power was on the -- in conjunction with this repair
24 order.
25  Q. And earlier, we were talking about repair

Page 144

1 orders where they did multipoint inspections on the
2 vehicle. Would this be something that would have been
3 detected in the multipoint inspection?
4     MR. DIXON: Objection; vague.
5     THE WITNESS: No, it wouldn't be something
6 they would be looking for in multipoint inspection,
7 unless she had a concern that they were addressing.
8 BY MR. JOHNSON:
9  Q. And is there any warning symptoms of a fuel
10 pump failure that the customer would have noticed,
11 prior to the fuel pump failure?
12     MR. DIXON: Objection, exceeds the scope of
13 today's deposition notice. The witness can answer for
14 himself. If you know, and also calls for speculation.
15     THE WITNESS: Typically when a fuel pump
16 fails, it quits pumping fuel to the vehicle, so
17 therefore, once the -- it quits pumping fuel, it
18 essentially runs out of gas, so that would be her
19 notice of an issue would be that it would stop running.
20 BY MR. JOHNSON:
21  Q. Essentially, the car would just stop, it
22 wouldn't be over a period of time of a slowly decaying
23 fuel pump?
24     MR. DIXON: Objection.
25     THE WITNESS: Correct, it is once the fuel

Page 157

1  BY MR. JOHNSON:
2  Q. And would you have checked the warranty
3  vehicle inquiry that we talked about earlier, Exhibit
4  13, and determined that the warranty was current?
5  A. Yes, we would have checked the inquiry to
6  verify the current warranty.
7  Q. Okay. And the code was -- strike that.
8  Fault Code 247500 alerted the technician of
9  the defect with the fuel pump; is that correct?
10  A. Yes.
11  Q. And from there, what did the technician do?
12  A. The technician checked timing of the engine
13  to align the high pressure pump. He removed and
14  replaced fuel injectors. He cleaned fuel injector
15  ports using special tool. He also removed and replaced
16  all fuel lines from the fuel rails, the fuel injectors.
17  He also replaced -- removed and replaced all the hard
18  lines to the fuel rail to the high pressure pump, and
19  then removed and replaced all fuel lines from the high
20  pressure pump to the fuel tank. He also removed and
21  replaced the fuel filter. He removed the complaint --
22  the complete fuel tank. He extracted 15 gallons of
23  contaminated diesel from the tank. He installed new
24  fuel delivery unit and fuel pump to the fuel tank.
25  After all the repairs -- after all repairs with

Page 158

1  computer -- with ISID, he calibrated new fuel injectors
2  and performed fuel bleeding procedure. He cleared
3  fault, test drove vehicle with new diesel in tank. No
4  other repairs were needed at that time.
5  Q. And how many parts would you say were placed
6  on this vehicle for this repair?
7  MR. DIXON: Just object, the document speaks
8  for itself.
9  THE WITNESS: Okay. Yeah, the parts are
10  listed on the repair order.
11  BY MR. JOHNSON:
12  Q. What pages are you referencing?
13  A. It was pages -- the parts -- the parts
14  listing starts on 000203, continues on to 000204, and
15  final parts are on 205.
16  Q. And that part list, does it reference where
17  new fuel was charged to for the order? Does that make
18  sense?
19  A. Sure, it makes sense. No, typically, we
20  have -- we have fuel, we fill up like a diesel fuel
21  can. We have like a diesel fuel, so in the shop, so if
22  we have to add fuel to the vehicle, we add it there at
23  the shop.
24  Q. So BMW of El Cajon does not charge BMW of
25  North America for new diesel fuel for this type of

Page 159

1  repair?
2  A. We did not. We can. We could have charged
3  BMW for fuel, but at this time, it looks like the --
4  the advisor did not charge the fuel.
5  Q. Okay. And how much did BMW of El Cajon
6  charge BMW of North America for this repair?
7  MR. DIXON: 267.
8  MR. JOHNSON: What was that?
9  MR. DIXON: Sorry, I'm helping him find the
10  claim detail report for this RO. Just trying to help
11  him locate where that information would be located.
12  THE WITNESS: It looks like, from what I can
13  see, it was a total claim of $10,454.47.
14  BY MR. JOHNSON:
15  Q. And would that be the same amount a customer
16  would pay, if the warranty did not cover it?
17  A. No.
18  Q. How much would a customer pay, without a
19  warranty, for this repair?
20  MR. DIXON: Objection, exceeds the scope of
21  today's deposition notice and not pertinent to any of
22  the claims of defense in this case. The witness can
23  answer for himself, not the company.
24  THE WITNESS: I would not know that at this
25  time.

Page 160

1  BY MR. JOHNSON:
2  Q. Would it be more or less than the amount
3  that you charged BMW?
4  MR. DIXON: Same objection.
5  THE WITNESS: It would be more.
6  BY MR. JOHNSON:
7  Q. Would it be twice as much? Can you give me
8  an estimate?
9  A. No.
10  Q. Would it be 50 percent more?
11  MR. DIXON: Same objections and asked and
12  answered.
13  THE WITNESS: Yeah, I wouldn't be able to
14  tell you at this time.
15  BY MR. JOHNSON:
16  Q. But you can tell me it wouldn't be twice as
17  much?
18  A. I can tell you it would be more.
19  Q. Okay. Does BMW get a discount for labor and
20  parts?
21  A. Yes.
22  Q. Would the customer have to pay a flat rate,
23  or would they have to pay by the hour for labor?
24  MR. DIXON: Same objection.
25  THE WITNESS: They would pay a flat rate of

Deposition of
DANIEL LUKER

DONG V. BMW OF NORTH AMERICA
July 16, 2020

Page 197

1  Q. Did BMW of El Cajon ask her what type of
2  fuel she used?
3  A. I am not aware of that conversation between
4  Mr. Parker and Mrs. Dong and anybody else at BMW of
5  El Cajon.
6  Q. Okay. So what was the first concern in
7  Repair Order 213975 that Miss Dong brought the vehicle
8  in for repair?
9  A. "Customer states she was driving at about 20
10 miles an hour when the car suddenly lost power, went to
11 neutral by itself."
12 Q. Are you familiar with where she was driving
13 when the situation happened?
14 A. I am not familiar with where she was driving
15 when the situation occurred.
16 Q. Do you know whether or not the vehicle was
17 towed in?
18 A. I don't know whether the vehicle was towed
19 in or not. I would -- my assumption is that it would
20 be towed in, since the vehicle would crank, but not
21 start.
22 Q. Where do you see -- oh, the engine would
23 crank, but the car would not start; is that correct?
24 A. Correct.
25 Q. So if the fuel pump breaks down, you'll hear

Page 198

1  a cranking noise, but it won't actually turn over? Is
2  that what that means?
3  A. It's correct. The vehicle's engine cranking
4  over is electrically ran. Starter is what turns the
5  engine over, so the vehicle would still crank. It just
6  wouldn't get enough fuel to start the engine.
7  Q. Engine needs fuel for engine to run
8  properly; right?
9  A. Yes, you need gas in it for it to run.
10 ==Q. And let's go through what BMW of El Cajon==
11 ==did in regard to testing it, but first, was the concern==
12 ==verified?==
13 ==A. Yes.==
14 ==Q. Okay. What kind of testing was done for==
15 ==this repair visit?==
16 ==A. Hooked up battery charger, did a short test.==
17 Q. Where are you reading from?
18 A. 371.
19 Q. Okay.
20 A. Highlighted in yellow on my area. So you
21 got Fault Code 249300, rail pressure too low.
22 Q. Sorry to interrupt. Is that the same fault
23 code as the first repair visit regarding the fuel
24 system pump failure?
25 A. I'd have to refer back to the other Repair

Page 199

1  Order. Do you have it handy? Is it 168300?
2  Q. I believe the first fault code was 247500.
3  A. Okay. Then it does not appear that it's the
4  same fault code.
5  MR. DIXON: Let's just not guess. We'll
6  just go back. It was -- take our time.
7  MR. JOHNSON: It's Repair Order 186070.
8  MR. DIXON: Yeah.
9  THE WITNESS: Yes, it is a different fault
10 code.
11 BY MR. JOHNSON:
12 Q. Do you know if -- since you're on the first
13 repair visit, do you know if Fault Code 249300 is on
14 Repair Order 186070?
15 A. I do not see that same fault code.
16 Q. And the other fault code listed is 248500.
17 Is that on Repair Order 186070?
18 A. It is not.
19 Q. And on that -- on Repair Order 186070, does
20 it discuss, in the technician notes, about the rail
21 pressure being too low?
22 A. Yes, it does. On 186070, it does state rail
23 pressure too low.
24 Q. Is there multiple fault codes associated
25 with rail pressure being too low, based off the two

Page 200

1  repair orders having different fault codes, but both
2  having rail pressure too low?
3  A. Yeah. So a lot of it would determine what
4  the conditions were when it failed. It could be a
5  different fault code based on that, even though it's
6  related to the same system.
7  Q. So what's the difference between RO 186070
8  and RO 213975? Do you know? If you don't know, it's
9  okay.
10 A. I don't know the difference between the
11 fault codes, no, or why they're --
12 MR. DIXON: Can we just take a quick break?
13 MR. JOHNSON: Yeah, if you guys want to.
14 (Brief recess was taken.)
15 BY MR. JOHNSON:
16 Q. Mr. Luker, you were discussing the fault
17 code for 249300, rail pressure too low, on Page 371 of
18 BMW NA Bates stamped 371. So we were discussing what
19 BMW of El Cajon did with the testing before we took a
20 little break. So we can continue on with what BMW of
21 El Cajon did to address the concerns of the subject
22 vehicle. Can you please continue?
23 A. Yes, see where we left off here.
24 Q. We compared the Repair Order 186070 and that
25 fault code with the fault codes of repair order 217975,

Page 221

1 in the tank.
2   Q.  Did you put the new fuel in the tank, or did
3 BMW of El Cajon document that they put new fuel inside
4 the tank?
5   A.  They drained the fuel out of the tank. They
6 had to do a bleed procedure, so it's not listed on
7 here, and -- I'm sorry, here you go. Drained fuel
8 tank, fuel tank and low pressure pump inside of tank.
9 Filled the fuel tank, registered new injectors, bleed
10 low pressure fuel system, cleared fault codes, started
11 vehicle and test drove vehicle.
12   Q.  Did BMW of El Cajon put new diesel fuel in
13 the vehicle?
14   A.  Yes.
15   Q.  Is it documented that it's new diesel fuel?
16       MR. DIXON: Objection, asked and answered.
17 Move on, Counselor.
18       MR. JOHNSON: There's no need for the tone,
19 Counselor.
20   Q.  And how much did BMW of El Cajon bill BMW
21 for this repair?
22       MR. DIXON: Repair Order is on 4 --
23       THE WITNESS: Looks like it was $9,008.59.
24    BY MR. JOHNSON:
25   Q.  And would BMW of El Cajon charge the

Page 222

1 customer the same amount as they charged BMW for the
2 same repair?
3       MR. DIXON: Objection, exceeds the scope of
4 today's deposition testimony.
5    BY MR. JOHNSON:
6   Q.  You can answer.
7       MR. DIXON: You can answer, on behalf of
8 yourself, not the company.
9       THE WITNESS: Can you repeat the question,
10 please?
11       MR. JOHNSON: Can you repeat the question,
12 please?
13       (Record read.)
14       THE WITNESS: Would we charge the customer
15 the same amount for the repair? No, BMW would pay a
16 lower amount than the customer-paid repair.
17    BY MR. JOHNSON:
18   Q.  Have we covered all the procedures that BMW
19 of El Cajon performed on the vehicle for the customer's
20 concern stated in Line Item C for this repair order?
21   A.  Yes.
22   Q.  Does BMW of El Cajon believe that this --
23 that the replacement of the fuel pump properly repaired
24 the vehicle?
25   A.  Yes.

Page 223

1   Q.  Is there a way for BMW of El Cajon to
2 confirm that this was properly repaired?
3       MR. DIXON: Objection; calls for expert
4 testimony, exceeds the scope of today's deposition
5 testimony or deposition notice. Witness will go ahead
6 and answer, on behalf of himself, not the company.
7       THE WITNESS: Well, we test drove the
8 vehicle. After doing the repairs, we test drove the
9 vehicle for 12 miles, looks like on the -- on the -- on
10 the repair, with no issues. Customer took possession
11 of the vehicle and didn't return for any issues, so it
12 looked like -- it would appear that it was fixed
13 properly.
14    BY MR. JOHNSON:
15   Q.  Okay. And on that test drive, did anything
16 go wrong with the vehicle, following the fuel pump
17 repair?
18   A.  During the testing of -- test driving the
19 vehicle, it did have a fault that came up for the
20 diesel glow plug.
21   Q.  And what is that?
22   A.  Diesel glow plug, a spark plug -- it's
23 different than a spark plug. A spark plug ignites
24 fuel, basically. Diesel has oil in it, so it doesn't
25 ignite like that, so you have to have a glow plug that

Page 224

1 heats up. That glow plug super heats the fuel to cause
2 the ignition, so it's kind of like a spark plug, but
3 it's for a diesel, so it's called a glow plug. So it
4 did fault the glow plug on Number 3, so we went ahead
5 and replaced that under warranty.
6       MR. DIXON: Just to clarify, was that
7 covered under the vehicle warranty?
8       THE WITNESS: That was covered under her
9 extended service contract, her BMW extended service
10 contract.
11    BY MR. JOHNSON:
12   Q.  And is that glow plug related to the fuel
13 pump?
14   A.  It is not related to the fuel plump. Fuel
15 does not go through a glow plug or to a glow plug.
16   Q.  And was there any signs of customer abuse or
17 neglect on this repair visit?
18   A.  Nothing notated.
19   Q.  And if there were signs of customer abuse
20 and neglect, that would have been notated regarding
21 this repair?
22   A.  If it pertained to the concern, yes.
23   Q.  Any signs of lack of maintenance?
24   A.  Nothing notated.
25   Q.  Okay. Did BMW of El Cajon go over the

Page 229

1  conclusion as well.  So to the extent --
2       THE REPORTER:  Counsel --
3       MR. DIXON:  -- provide an answer --
4       THE REPORTER:  Counsel --
5       MR. JOHNSON:  Speak up.
6       MR. DIXON:  I said if the witness can
7  provide a response, it will be not on behalf of the
8  company.
9       THE WITNESS:  We repair vehicles with
10  problems.  If a vehicle comes with a problem, then we
11  fix that problem.  That vehicle is fixed at that time.
12  So the answer to your question is if BMW hypothetically
13  took that vehicle back in, would we disclose to a
14  client future fuel pump issues?  And I would say no, we
15  would not, because we feel that we fixed the vehicle.
16  We cannot foresee a future issue.
17     BY MR. JOHNSON:
18     Q.   Was BMW of El Cajon involved in Miss Dong's
19  purchase of an extended or the extended -- strike that.
20       Was BMW of El Cajon involved in
21  decisionmaking of purchasing the BMW extended warranty?
22       MR. DIXON:  Objection; calls for
23  speculation.  Miss Dong's the one who purchased it.  To
24  the extent that you know.
25       THE WITNESS:  BMW of El Cajon and BMW highly

Page 230

1  recommends that people purchase extended service
2  contracts, which is why we offer them.
3       MR. JOHNSON:  Let me review my notes and
4  give me like a minute, and I should be almost done.
5       MR. DIXON:  Okay.
6       (Brief recess was taken.)
7     BY MR. JOHNSON:
8     Q.   Mr. Luker, have we discussed here today all
9  the dealership involvement with Miss Dong?
10     A.   Yes.
11       MR. DIXON:  Objection; vague.
12     BY MR. JOHNSON:
13     Q.   Have we discussed here today all of the
14  issues involved with the subject vehicle?
15       MR. DIXON:  Objection; vague.
16       THE WITNESS:  To the extent what I reviewed.
17     BY MR. JOHNSON:
18     Q.   And we discussed all -- everything, to your
19  knowledge?
20     A.   To my knowledge, yes.
21     Q.   Are there any other documents, or notes, or
22  anything, which would help you refresh your
23  recollection with your involvement with Miss Dong or
24  the subject vehicle?
25     A.   Not that I'm aware of.

Page 231

1       MR. JOHNSON:  Mr. Dixon, do you have any
2  questions?
3       MR. DIXON:  I do.
4           -EXAMINATION-
5     BY MR. DIXON:
6     Q.   So, Mr. Luker, I appreciate your time and
7  your patience today.  I promise that I'm going to be
8  quick.
9       How many years have you worked for BMW of
10  El Cajon?
11     A.   Eighteen years, sir.
12     Q.   And during your 18-year tenure with BMW of
13  El Cajon, have you become familiar with the submission
14  of warranty claims?
15     A.   To some extent.
16     Q.   And during your tenure with BMW of El Cajon,
17  have you become familiar with processes and procedures
18  for how a customer comes in to the service area, the
19  concerns are documented, the technician works on the
20  vehicle, and the vehicle is returned to the customer?
21     A.   Yes, sir.
22     Q.   Do you think -- is there anyone at BMW of
23  El Cajon that would be more knowledgeable about the way
24  the service shop operates and how customer concerns are
25  documented?

Page 232

1     A.   I don't think so, sir.
2     Q.   One thing we talked about extensively is
3  this ready date that's listed in the repair orders;
4  correct?
5     A.   Correct.
6     Q.   We were looking at RO 213975.  We have a
7  ready date of May 10th, 2019; correct?
8     A.   Yes.
9     Q.   So does that date -- that mean that the
10  customer was notified that their vehicle was ready to
11  be picked up, on or before May 10th, 2019?
12     A.   Yes.
13     Q.   And does that mean that all the repairs were
14  done, on or before May 10th, 2019?
15     A.   Yes.
16     Q.   But the -- when the customer actually comes
17  to the dealership and actually the final repair, is
18  that time stamped or dated in any specific way?
19     A.   No, sir.
20     Q.   So would it be possible that the customer
21  could come for 293175, customer could come to the
22  dealership on May 11th, 2019 and pick up the vehicle?
23     A.   Yes.
24     Q.   And would it also be possible that the
25  customer could come to the dealership and pick up the

Page 233

1 vehicle before May 10th, 2019?
2  A. Yes.
3  Q. And why would that be possible?
4  A. As an example, if the -- it's an end of a
5 pay period, and we're closing out things for the end of
6 that pay period, that end of that month, as an example,
7 the -- we would close out that Repair Order, and then
8 we could release the customer. That would be one
9 example of that.
10  Q. Okay. Counsel asked you about which
11 warranties cover certain repairs. I want to turn your
12 attention to --
13  A. Oh, can I add something? I'm sorry.
14  Q. Go right ahead.
15  A. If I can add to that also, if the customer
16 picked up the vehicle, and there was a correction after
17 the fact, for instance, during review of the paperwork,
18 there was a part that was not added or needed to be
19 added, then that Repair Order would have been opened
20 and closed again, and that would change the ready date
21 on the paperwork.
22  Q. Thanks for that clarification and that
23 additional example. So if you could, let's go to
24 Repair Order 186070. And this repair order is dated
25 November 7, 2017; correct?

Page 234

1  A. Yes, sir.
2  Q. And Counsel asked you about which warranties
3 may have covered this repair. Do you recall that?
4  A. I do, sir.
5  Q. All right. So if you look at -- let's go
6 down. There's -- trying to think of the page number.
7 Trying to find the WVI portion of it. It looks like it
8 starts on 235, if you scroll a little bit. Almost
9 there. Scroll just a little bit. Scroll up. Should
10 be to the top. So this -- on BMW NA 235, it says, at
11 the top, "Warranty Vehicle Inquiry"; correct?
12  A. Correct.
13  Q. And you had testified earlier that the way
14 the service technicians operate is they will pull up
15 this warranty vehicle inquiry and try to ascertain
16 which warranties are still active for the vehicle?
17  A. That's correct.
18  Q. Okay. So -- and looking at this one, this
19 is the one that was pulled on November 7, 2017;
20 correct?
21  A. Correct.
22  Q. All right. And if you scroll down, and now
23 it's right here, looks like on Page BMW NA 236, it's
24 got the different either maintenance plans, or extended
25 service contracts, or emissions warranties; correct?

Page 235

1  A. Correct.
2  Q. All right. So stay right there, and looking
3 at this page in this section here where you have the
4 maintenance plans, the extended service contract, and
5 the emissions warranty, is there any reference to an
6 extended warranty, related to a high pressure fuel
7 pump?
8  A. No, that verbiage wasn't there yesterday.
9  Q. So since there is no reference to a high
10 pressure fuel pump component part extension, do you
11 have any reason to believe that that warranty would
12 have covered this November, 2017 visit?
13  A. Not for extension of warranty, no.
14  Q. And if you look at -- and then back out of
15 that and then to Exhibit 13. We're actually now
16 looking at Exhibit 13, which is a warranty vehicle
17 inquiry, and this one is dated October 21st, 2019;
18 correct?
19  A. Correct.
20  Q. And if you scroll down to that same section
21 we were just previously looking at, it's got -- it's
22 got references to component part extended warranties;
23 correct?
24  A. Correct.
25  Q. And if you're looking on Page BMWNA479,

Page 236

1 there is a Line Item for a high pressure fuel pump
2 limited warranty; is that correct?
3  A. Yes, sir.
4  Q. And what is the date associated with that
5 component part extension warranty?
6  A. That was added 3-20 of 2019.
7  Q. So 3-20 of 2019 would have been after the
8 November, 2017 repair visit; correct?
9  A. Correct, sir.
10  Q. So I'm looking at both now the
11 contemporaneous vehicle warranty inquiry that was
12 pulled back in 2000 -- in November of 2017, and the one
13 I'm looking at here, which is Exhibit 13, which was
14 pulled in October of 2019. Do you have any reason to
15 believe that the high pressure fuel pump component part
16 warranty covered that November, 2017 visit?
17  A. No.
18  Q. One last or maybe two last questions.
19 Counsel asked you about alternative dispute resolution
20 processes for BMW of El Cajon; is that correct?
21  A. Yes.
22  Q. Are you aware of any alternative dispute
23 resolution process that BMW of El Cajon has for
24 warranty cases?
25  A. With the client in general?

Page 237

1   Q.   Correct.
2   A.   No.
3        MR. DIXON:  I don't have any further
4   questions.
5        MR. JOHNSON:  I have none either.
6        How about we stipulate that the court
7   reporter be relieved from her duties to maintain the
8   original transcript;
9        Have the transcript mailed to the deponent,
10  by way of Opposing Counsel's office.  The deponent will
11  have 30 days of receipt to make any changes he feels
12  are appropriate.
13       Opposing Counsel will advise my office of
14  the date of signing and any changes that have been
15  made.  Should the transcript not go signed by 30 days,
16  it will be accepted as is.
17       Opposing Counsel will maintain custody of
18  the original deposition transcript and make it
19  available.
20       MR. DIXON:  And if, for any reason, a
21  certified copy can be used if the original copy is
22  either lost, destroyed, or is otherwise unavailable for
23  trial.
24       MR. JOHNSON:  So stipulated.
25       MR. DIXON:  So stipulated.

Page 238

1        THE REPORTER:  Mr. Dixon, did you need to
2   order a copy?
3        MR. DIXON:  Just to be on the safe side, I'd
4   better.  Just an electronic copy.  I don't need an
5   additional hard copy.
6        THE REPORTER:  Thank you.
7        (Plaintiff's Exhibits 2-8 and 14
8        were marked for identification.)
9     (The proceedings concluded at 6:00 p.m.)
10            ***

Page 239

2   STATE OF _____)
                              ) ss
3   COUNTY OF _____)

5        I, DANIEL LUKER, having appeared for my deposition
6   on July 16, 2020, do this date declare under penalty of
7   perjury that I have read the foregoing deposition, I
8   have made any corrections, additions or deletions that
9   I was desirous of making in order to render the within
10  transcript true and correct.
11       IN WITNESS WHEREOF, I have hereunto subscribed my
12  name this _____ day of _____, 20___.

15                        _____
                                   DANIEL LUKER

Page 240

1           DEPONENT'S CHANGES OR CORRECTIONS
2   Note:  If you are adding to your testimony, print the
3   exact words you want to add.  If you are deleting from
4   your testimony, print the exact words you want to
5   delete.  Specify with "Add" or "Delete" and sign this
6   form.

8   DEPOSITION OF:         DANIEL LUKER
9   CASE:                  DONG VS. BMW
10  DATE OF DEPOSITION     JULY 16, 2020

12  PAGE    LINE    CHANGE/ADD/DELETE/REASON
13  ____    ____    _____
14  ____    ____    _____
15  ____    ____    _____
16  ____    ____    _____
17  ____    ____    _____
18  ____    ____    _____
19  ____    ____    _____
20  ____    ____    _____
21  ____    ____    _____
22  ____    ____    _____
23  ____    ____    _____
24  ____    ____    _____
25  Deponent's Signature _____ Date _____