# EXHIBIT "D"

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   SIYU DONG,                  )
                                 )
 5              Plaintiff,       )
                                 )
 6        vs.                    )  No. 19-cv-2202 DMS (BGS)
                                 )
 7   BMW OF NORTH AMERICA, LLC;  )
     SUNROAD BCV AUTO, INC dba   )
 8   BMW OF EL CAJON; et al.,    )
                                 )
 9              Defendants.      )
     _____)
10
11
12
13
14
15                    DEPOSITION OF
16                    JOSE GRIJALVA
17             VIA REMOTE VIDEO CONFERENCE
18                    JULY 17, 2020
19
20
21
22
23
     Reported by:
24   LINDSAY JAGICH
     CSR NO. 13889
25   JOB NO. 20-91869
```

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE SOUTHERN DISTRICT OF CALIFORNIA
 3
 4   SIYU DONG,                  )
                                 )
 5              Plaintiff,       )
                                 )
 6        vs.                    )  No. 19-cv-2202 DMS (BGS)
                                 )
 7   BMW OF NORTH AMERICA, LLC;  )
     SUNROAD BCV AUTO, INC dba   )
 8   BMW OF EL CAJON; et al.,    )
                                 )
 9              Defendants.      )
     _____)
10
11
12
13
14
15        DEPOSITION OF JOSE GRIJALVA, a Person
16   Most Qualified herein, taken on behalf of
17   the Plaintiff VIA REMOTE VIDEO CONFERENCE,
18   at 10:27 a.m. on Friday, July 17, 2020,
19   before Lindsay N. Jagich, CSR No. 13889.
20
21
22
23
24
25
```

Page 3

```
 1   APPEARANCES OF COUNSEL:
 2
     For the PLAINTIFF:
 3
            CLINE, APC
 4        BY: MARK A. JOHNSON
          7855 Ivanhoe Avenue, Suite 408
 5        La Jolla, California 92037
          (858) 373-9337
 6        Mark@clineapc.com
 7   For the DEFENDANT, BMW OF NORTH AMERICA:
 8        WILSON TURNER KOSMO
          BY:  ROBERT DIXON
 9        402 West Broadway, Suite 1600
          San Diego, California 92101-3532
10        (619) 236-9600
          (619) 236-9669 Fax
11        Rdixon@wilsonturnerkosmo.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              I N D E X
 2   EXAMINATION BY:                               PAGE
 3       MR. JOHNSON                                  6
 4       MR. DIXON                                  253
 5
 6              E X H I B I T S
 7                                                 PAGE
 8   Ex 1-A   Deposition notice                     45
 9   Ex 1-B   Request for production of documents   45
10   Ex 2     Objections                            45
11   Ex 3     Purchase contract                     86
12   Ex 4     Warranty manual                       87
13   Ex 4-A   Owners manual                         88
14   Ex 5     Repair Order 137330                  154
15   Ex 5-A   Repair Order 162743                  155
16   Ex 6     Request Order 168300                 159
17   Ex 7     Repair Order 173196                  162
18   Ex 8     Repair Order 183267                  168
19   Ex 9     Repair Order 186070                  169
20   Ex 10    Repair Order 193964                  197
21   Ex 11    Repair Order 208043                  199
22   Ex 12    Repair Order 213975                  200
23   Ex 13    Description                          121
24   Ex 14    Customer relations file              225
25
```

Page 9

1  A  I don't believe so, no.
2  Q  In any of the trials that you testified at
3  regarding Lemon Law cases, did you ever testify that the
4  vehicle in question of those cases should be repurchased?
5  A  No, I don't believe so.
6  Q  And in those depositions, the 20 depositions
7  that you mentioned, in what capacity were you being
8  deposed?
9  A  As an expert and as a PMK.
10  Q  And for this deposition, are you considered an
11  expert, in your opinion?
12      MR. DIXON:  Objection.  Calls for legal
13  conclusion.  He's here to testify on behalf of BMW for
14  pursuant to Rule 30(B)(6).  And that's what he's been
15  designated for.
16      He cannot answer since it's a calling for a
17  legal conclusion, not facts.
18  BY MR. JOHNSON:
19  Q  Will you be providing expert testimony today?
20      MR. DIXON:  Same objection.
21      MR. JOHNSON:  Are you asking him not to answer?
22      MR. DIXON:  Do you want to -- do you want to
23  take his individual deposition and his PMK at the same
24  time?
25      MR. JOHNSON:  I just want his deposition,

Page 10

1  Mr. Dixon.
2      MR. DIXON:  This isn't -- we're not in expert
3  discovery yet.  We haven't done any experts, sir.
4      MR. JOHNSON:  I'm waiting to hear his answer,
5  sir.
6      THE WITNESS:  I'm here as a PMK.
7  BY MR. JOHNSON:
8  Q  Okay.  Let's go through -- you've done roughly
9  20 depositions, you said, but I'm going to go through
10  some ground rules of the deposition.
11      It is very important for you to note that your
12  testimony today is under penalty of perjury, that is that
13  all the -- this is a rather informal setting.  The
14  testimony you'll give has the same effect as if given in
15  front of a judge or jury.
16      Do you understand that?
17  A  Yes.
18  Q  Please ask for clarification if I ask any
19  questions which you don't fully understand.  Otherwise
20  the record will reflect that you apparently understood
21  the question and responded accordingly.
22      You understand?
23  A  Yes.
24  Q  I've asked that you not guess as to the answers
25  of any of my questions.  Please don't hesitate to tell me

Page 11

1  that you don't know the answer to a question if that is,
2  in fact, the case; however, I am entitled to your best
3  estimate if you have an ability to form a deduction based
4  on facts within your knowledge.
5      Do you understand the difference between a guess
6  and an estimate?
7  A  Yes.
8  Q  You'll be asked to review a transcript of
9  today's deposition for accuracy and sign it indicating
10  that it represents you true and correct testimony.  You
11  can make any necessary changes to the transcript before
12  signing, but any changes you can -- you make can later be
13  used to impeach your credibility, should this case go to
14  trial.
15      In addition, if you want to clarify something
16  that you said 10 minutes ago, 15 minutes ago during this
17  deposition, please go ahead and let me know that you want
18  to clarify a previous statement.
19      Do you understand that?
20  A  Yes.
21  Q  If you want to take a break at any time to use
22  the restroom or any other purpose, please let me know,
23  and we'll take a break.  I do ask that you respond to my
24  question if a question is pending.
25      Have you taken any medications or are there any

Page 12

1  other reasons that you may be unable to recall clearly
2  today?
3  A  No.
4  Q  It is important that all your responses be
5  audible so that the court reporter can properly
6  transcribe them.  Try to avoid shaking your head,
7  nodding, or communicating in any other way that is not
8  easily transcribable.
9      I know that you're wearing a mask today, so
10  there may be some difficulties with understanding.  So
11  we'll work together and try to make sure the record is
12  completely accurate and clear.  If you don't understand
13  me, please ask me as well to clarify.
14      It's also -- one person talk at a time so we
15  have a clear record.  There may be some delays because we
16  are doing a video conference, and you may be looking at a
17  document, or I may be looking at a document on a separate
18  screen.
19      I request that if you're looking at a document,
20  let me know, and I'll do the same so we don't have long
21  pauses or confusion going on.
22      Do you have any questions?
23  A  No questions.  I'll try my best.
24  Q  Sounds great.
25      ==Who's your current employer?==

Deposition of
JOSE GRIJALVA

DONG V. BMW OF NORTH AMERICA
July 17, 2020

Page 13

1   A   BMW North America.
2   Q   And what is your current position?
3   A   Customer support engineer.
4   Q   And how long have you held that position?
5   A   About three years now.
6   Q   So let's say 2017 to 2020 so far, or present?
7   A   Correct.
8   Q   And what are your duties and/or responsibilities
9   with that position?
10  A   So what I do is I evaluate warranty claims. I
11  perform vehicle inspections. I testify in depositions
12  like today.
13  Q   And prior to either evaluating warranty
14  claims -- what does that entail?
15  A   The repair records such as repair orders,
16  vehicle warranty query.
17  Q   Anything else?
18  A   Well, if there's any other additional
19  information related to the visits, yes. That would
20  depend on what's on the RO's.
21  Q   And what kind of additional information are you
22  looking to gather?
23  A   I'm sorry?
24  Q   What kind of information -- additional
25  information are you looking to gather?

Page 14

1       MR. DIXON: Objection. Misstates testimony.
2   BY MR. JOHNSON:
3   Q   Please go ahead and clarify if I misstated it.
4   A   Well, you look for service bulletins and if they
5   were applied, things of that sort. So depends on what
6   the dealer performed and what's in the technician's
7   story.
8   Q   And do you talk to customers regarding --
9   A   Customers?
10  Q   Yeah, the customers.
11  A   No.
12  Q   And who's your supervisor?
13  A   I work remotely. We don't have a direct
14  supervisor, but our -- our team leader would be Luis
15  Holguin.
16  Q   Luis --
17  A   Holguin, H-O-L-G-U-I-N.
18  Q   And it sounds like it's a department that you
19  work in.
20      What's the department called?
21  A   I work for the -- in the west -- for the Western
22  Region.
23  Q   And is the department called -- is it just
24  called Western Region? Or is there a specific
25  subdepartment? Does that make sense?

Page 15

1   A   Yes. It's the Western Region. We're all based
2   out of the Western Region, and -- I can't remember the
3   city. Sorry. In the Valley. I forgot what the name of
4   the city is. But that's where the -- the Western Region
5   office is.
6   Q   And the Western Region office -- are you saying
7   Western Region of BMW North America? Is that correct?
8   A   Correct.
9   Q   And the team leader, Luis Holguin -- who does he
10  oversee?
11  A   All the customer support engineers.
12  Q   And how many customer support engineers are
13  there?
14      MR. DIXON: Going to object that it exceeds the
15  scope of today's deposition.
16      To the extent that you know, you can provide an
17  answer on behalf of yourself, not the corporation.
18      THE WITNESS: Well, in the Western Region, I
19  think -- I believe there's ten of us.
20  BY MR. JOHNSON:
21  Q   Okay. And is Daniel Mark one of the customer
22  support engineers with your team?
23      MR. DIXON: Same objection. Same instruction.
24      THE WITNESS: Yeah, I know who Dan Mark is.
25  He's -- he works out of the Western Region also.

Page 16

1   BY MR. JOHNSON:
2   Q   And do you know what his title is?
3       MR. DIXON: Same objection. Same instruction.
4       THE WITNESS: I believe it's the same as mine.
5   BY MR. JOHNSON:
6   Q   And does -- does anyone respond to you in your
7   current position?
8       When I say "respond" -- are you the boss of
9   anyone?
10      MR. DIXON: Objection. Vague. And calls for
11  speculation. Compound.
12      THE WITNESS: No, I don't supervise anyone.
13  BY MR. JOHNSON:
14  Q   And in your position as the customer support
15  engineer, how are you delegated assignments or warranty
16  claims to evaluate?
17      MR. DIXON: Objection. Vague.
18      THE WITNESS: They're assigned via round robin,
19  I believe.
20  BY MR. JOHNSON:
21  Q   Round robin? What do you mean by that?
22  A   Well, there's -- there's a list of people that
23  do the same job. You just rotate from one person to the
24  next.
25  Q   Okay. So it's like who's -- who's ever up next

Page 61

1  A   It was -- it was -- it was brief.
2  Q   Did you go over the facts of Ms. Dong's
3  repurchase request with Dan Mark?
4  A   No. I asked him if he had anything other than
5  what I had, and that's -- that was the extent of the
6  conversation.
7  Q   And did he say that he had anything else?
8  A   No, he didn't offer anything else.
9  Q   Did he inform you of why he denied the
10 repurchase of the subject vehicle?
11 A   No, I didn't ask him.
12     MR. DIXON: Counsel, can we just take a short
13 break?
14     MR. JOHNSON: Yeah, if you guys want to.
15 We're --
16     MR. DIXON: It'll be very quick. I apologize.
17     MR. JOHNSON: Okay. Yeah. Off the record.
18     (Recess)
19     MR. DIXON: So before we continue, want to just
20 clarify your -- the prior answer?
21     THE WITNESS: Yeah, I want to clarify.
22 You were asking me earlier if I had talked to
23 Dan Mark. It was a discussion that we had about his
24 assessment of the buyback, but it was -- you know, I
25 viewed it as a privileged conversation, so I said "no."

Page 62

1  But I did talk to him about what his -- what his decision
2  was for his denial of the repurchase.
3  BY MR. JOHNSON:
4  Q   And what did he tell you?
5  A   Well, the -- the repairs of the -- the repair
6  history on the vehicle didn't rise to the level of a
7  repurchase.
8  Q   And did he give an explanation of why it did not
9  rise to the level of a repurchase?
10 A   We could only find one repair that was performed
11 under the vehicle warranty other than maintenance; and
12 the maintenance is covered by the maintenance plan, not
13 the new vehicle warranty.
14     (Audio disruption and reporter request for
15     clarification.)
16     MR. JOHNSON: Yeah, I didn't catch that either.
17     THE WITNESS: Maintenance is covered by the
18 maintenance plan, not the new vehicle warranty.
19 BY MR. JOHNSON:
20 Q   Did he say there was only -- I want to clarify
21 your statement -- or not clarify. I misheard probably
22 some of it.
23 Did he say that there was one repair covered
24 under warranty? Or he said that there was no repairs
25 covered under warranty?

Page 63

1  Can you clarify your statement for me?
2  A   The repairs that were covered -- that were
3  performed under the new vehicle warranty didn't rise to
4  the level of a repurchase.
5  Q   And why is that?
6  A   I believe it was a repair for a mirror, for a
7  noise; and I think that was the only other repair other
8  than some software updates.
9  Q   Did he discuss with you the fuel pump repairs on
10 the vehicle?
11 A   Sure.
12 Q   And to -- is -- was it his determination that
13 those repairs did not count for -- in connection with the
14 repurchase request?
15     MR. DIXON: I'm just going to object as vague
16 and ambiguous.
17 Go ahead.
18     THE WITNESS: The first fuel pump repair was
19 done outside the new vehicle warranty, and it was covered
20 by the federal emissions coverage for that component.
21 And then the -- the second repair at the -- I think --
22 believe it was at 72,000 miles was covered by a part
23 extension for that component only, not the new vehicle
24 warranty that the car came with.
25 ///

Page 64

1  BY MR. JOHNSON:
2  Q   So was it his position that the repairs had to
3  be performed under the new vehicle warranty for him to
4  evaluate a repurchase request?
5     MR. DIXON: Objection. Vague and ambiguous.
6  Calls for a legal conclusion.
7  BY MR. JOHNSON:
8  Q   Go ahead.
9  A   Yeah. The repairs that were performed -- we're
10 talking about the fuel system again? Or --
11 Q   Correct.
12 A   Yeah.
13    -- that were performed after the new vehicle
14 warranty had expired on mileage.
15 Q   Did he give you any other reason for his denial
16 of the repurchase of the vehicle?
17 A   Well, just based on the vehicle repair history.
18 Q   And how long did this conversation last?
19 A   It was -- like I mentioned earlier, it was
20 brief. Wasn't very long. Less than an hour.
21 Q   Okay. Less than an hour. Okay.
22 And did you walk through the repairs with
23 Mr. Mark?
24 A   The repairs on the new vehicle warranty, yes.
25 Q   Did you walk through the -- the warranty vehicle

Page 65

1  inquiry with Mr. Mark?
2    A   Yeah, the document that was produced.
3    Q   I sent you -- what did you -- what documents did
4  you go through with Mr. Mark during the conversation with
5  him a couple days ago?
6    A   The -- the repair orders, the WVI, the warranty
7  vehicle inquiry.
8    Q   Did you go through the PuMA case?
9    A   I don't remember asking him specifically about
10 the PuMA case, no. I don't think so.
11   Q   Did you go over the TSARA case?
12   A   I think we went over that those cases existed,
13 not specifically the content because they basically say
14 the same thing.
15   Q   Did you go over the SIBs?
16   A   Let me look at the SIBs real quick.
17       (Audio disruption and reporter request for
18       clarification.)
19       MR. DIXON: I'm just trying to help the witness,
20 direct him to the documents so he can look at it.
21       THE REPORTER: Thank you. I still do have to
22 take down every word while we're on the record, so --
23       MR. DIXON: I understand.
24       THE REPORTER: Thanks.
25       MR. JOHNSON: I referenced it as Exhibit 16, BNA

Page 66

1  Bates Stamp 551 to 597.
2       (Exhibit 16 was marked for identification and is
3        attached hereto.)
4  BY MR. JOHNSON:
5    Q   Is that the correct document that you're looking
6  at?
7    A   I'm looking at the -- is that the Bates stamp.
8        MR. DIXON: It's in the bottom, right-hand
9  corner.
10       Oh, it's tiny. Sorry.
11       THE WITNESS: Yeah. It's 551 through --
12       MR. DIXON: If you click the TSARA case, and
13 then just go up one, and then go -- and then the 597 --
14       THE WITNESS: 597.
15       MR. JOHNSON: Okay. So that is Exhibit 16 for
16 this deposition. But you can -- we know what the Bates
17 stamp numbers are.
18       Counsel, is that correct, that he's looking at
19 the appropriate documents that I just referenced?
20       MR. DIXON: Just so the record is clear, he's
21 got in front of him SIB 13-01-16, 01-14-17, and 11-17-18.
22 BY MR. JOHNSON:
23   Q   Okay. And I think my question was, did you
24 review the SIBs with Mr. Mark?
25   A   Yeah. I believe we went over 01-14-17.

Page 67

1    Q   Okay. And what was discussed during that
2  conversation regarding 01-14-17?
3    A   Just what the bulletin says, to verify that it's
4  inclusive with this -- with this production of the -- of
5  the subject car.
6    Q   And what do you mean by "inclusive with the
7  production of the service car"?
8    A   The subject car.
9        Just to make sure that that production date and
10 everything matches what's on the bulletin itself.
11   Q   And why is that important?
12       MR. DIXON: Maybe you can explain the models
13 that are applicable to the SIB. I think that's clarify.
14       THE WITNESS: There's more than just one model
15 on here. There's a total of eight.
16       (Audio disruption and reporter request for
17       clarification.)
18       THE WITNESS: They're on there by production
19 range.
20 BY MR. JOHNSON:
21   Q   And why is that -- is that important to
22 Ms. Dong's repurchase request?
23   A   No. We were just reviewing the SIBs that are --
24 that were referenced in the vehicle history, and I just
25 wanted to confirm that this is a bulletin that he looked

Page 68

1  at and the one that I have is the same, and what's on the
2  bulletin, basically.
3    Q   And are you reviewing this as part of your
4  analysis of the repurchase request?
5        MR. DIXON: Objection. Calls for speculation.
6  BY MR. JOHNSON:
7    Q   Did you review this as part of your analysis for
8  the repurchase request?
9        MR. DIXON: Are you asking him as an individual?
10 Or are you asking him as BMW NA?
11 BY MR. JOHNSON:
12   Q   BMW NA. I apologize.
13   A   Yes.
14   Q   We'll get into the more substance later. Let's
15 finish up this notice.
16       MR. DIXON: Okay. You can go back to the --
17       MR. JOHNSON: I think we're back on Exhibit 1-A.
18       MR. DIXON: Yeah.
19 BY MR. JOHNSON:
20   Q   Page 6. We're on Topic 12.
21       Is there anyone else that you think of could be
22 more appropriate to testify as to Topic 12?
23   A   No.
24   Q   Why do you believe that Daniel Mark is not the
25 more appropriate individual to discuss this topic, as he

Page 77

1   A   I reviewed the SIBs that were applied to the
2  vehicle and my understanding of what an SIB is.
3   Q   And is there anyone else that you think could be
4  more appropriate to testify as to this topic?
5   A   I don't believe so.
6   Q   And Topic 23 -- do you understand that you've
7  been designated as the person regarding this topic?
8       MR. DIXON: Going to object that the witness is
9  being produced pursuant to the objections set forth in
10  Exhibit 2 and is prepared to discuss plaintiff's vehicle
11  and the SIB process.
12       THE WITNESS: Yes.
13  BY MR. JOHNSON:
14   Q   And what have you done to prepare to give
15  testimony in relation to this topic, in Topic 23?
16   A   Reviewed the SIBs that were applicable and were
17  applied to the vehicle during the warranty period.
18   Q   And have you spoken with anyone besides counsel
19  in preparation for your testimony regarding Topic 23?
20       MR. DIXON: Other -- other than what I mentioned
21  earlier with Mr. Mark.
22  BY MR. JOHNSON:
23   Q   And are you the person most -- or strike that.
24       Is there anyone else here you can think of that
25  could be more appropriate to testify as to this topic?

Page 78

1   A   No.
2   Q   Okay.  On Exhibit 1-B, please let me know when
3  you pull that document up.
4       MR. DIXON: Hold on a sec.
5       THE WITNESS: Is it going to be down here?
6       MR. DIXON: No, you have to go to the Chrome,
7  and then second tab -- or first tab.  Sorry.  And then
8  hit the back button.
9       1-B -- we got it pulled up.
10      MR. JOHNSON: Okay.
11      MR. DIXON: Can we go off the record for a
12  second and talk about this so we can save the court
13  reporter a little bit?
14      MR. JOHNSON: Yes.
15      (Recess)
16  BY MR. JOHNSON:
17   Q   Back on the record.
18       Exhibit 1-B -- have you seen this document
19  previously?
20   A   Yes.
21   Q   And have you reviewed the document?
22   A   Yes.
23       (Audio disruption and reporter request for
24       clarification.)
25      MR. DIXON: Sorry.  I was referring the witness

Page 79

1  -- because he looked a little confused.  I was just
2  telling him that the deposition notice is what counsel is
3  referring to.
4       So we're back on this one.
5       THE WITNESS: I think so.
6  BY MR. JOHNSON:
7   Q   We are on Exhibit 1-B, and if you can go to page
8  5.
9       MR. DIXON: We've got -- hold on.  Because --
10      MR. JOHNSON: Let's go off the record for the
11  court reporter.
12      (Recess)
13  BY MR. JOHNSON:
14   Q   Okay.  We're on Exhibit 1-B.  And if you can go
15  to -- have you seen this document before, first and
16  foremost?
17   A   I believe so, yes.
18   Q   And have you reviewed it?
19   A   I don't think I read the whole thing, but I
20  think I saw this one.
21   Q   Okay.  We can go to page 5.
22   A   Okay.
23   Q   Has the items to be produced.
24       Do you see that?
25   A   Yes.

Page 80

1   Q   Okay.  Have you -- have any documents produced
2  for Item -- or -- Item 1?
3       MR. DIXON: Okay.  Now go to the responses.  So
4  click Chrome.
5       Right there.
6       And then scroll down.
7       So the witness is referring to Exhibit 2.
8       THE WITNESS: Yeah.  So the vehicle repair and
9  service records were provided -- or produced rather.
10  BY MR. JOHNSON:
11   Q   And has anything been withheld?
12   A   Not that I'm aware.
13   Q   Item 2, have you produced any documents?
14   A   Yes, the vehicle warranty inquiry.
15   Q   And has anything been withheld?
16      MR. DIXON: Just going to object as the
17  document -- the Exhibit 2 lists out various objections.
18      Maybe go to the actual request and read it so
19  you know what it is, and then see if there's anything
20  else that you can think of that would be related to that.
21      THE WITNESS: So this one here, the request --
22      MR. DIXON: The warranty repair history related
23  to the subject vehicle.
24      So then go to the second paragraph.  You
25  produced then the --

Page 169

1  A   Looks like they were just maintenance items,
2  wiper blades, oil change.
3  Q   And to this point, since we looked at all the
4  repair orders, has BMW been notified of any abuse or
5  neglect to the customer's vehicle by the plaintiff?
6  A   From the dealership?
7  Q   Is -- is BMW aware of any abuse or neglect to
8  the subject vehicle by the plaintiff by September 20th --
9  September 21st, 2017?
10 A   Yeah, nothing is documented on the repair
11 orders, but there's no -- we didn't get their MPIs to see
12 what's on those.
13 Q   What's an MPI?
14 A   It's a multipoint inspection, what we talked
15 about a few minutes ago.  This is a dealer inspection.
16 Q   Okay.  Let's move along to Exhibit 9, Repair
17 Order 186070.
18     (Exhibit 9 was marked for identification and is
19     attached hereto.)
20 BY MR. JOHNSON:
21 Q   Excuse me.  I have something caught in my
22 throat.
23     And what was the concern that Ms. Dong brought
24 her vehicle in for?
25 A   So looks like on line B, she -- it states

Page 170

1  that -- says suddenly lost power and died while she was
2  driving about 40 miles per hour.
3  Q   And was this a -- a warranty claim?
4  A   This was an emissions related coverage repair.
5  Q   And did BMW process this claim and approve it?
6  A   Actually, if I could clarify, this was actually
7  submitted initially, looks like, under the extended
8  service contract that she purchased.
9  Q   That was the initial submission?  Is that what
10 you're saying?
11 A   Yeah, because the coding says "WCPO."
12 Q   And how did BMW ultimately process this claim?
13 A   Well, like -- as I discussed earlier, when
14 the -- when the claim comes in, it gets evaluated.  And
15 if it's coded wrong, then it would get rejected, and a
16 resubmittal would be requested.
17 Q   And was this resubmitted?
18 A   Well, I believe so because --
19     MR. DIXON:  I don't want you to -- take your
20 time.  There's no rush.  This is a long repair order, and
21 I know if you keep going through the repair order, you'll
22 get to those.
23     I think the detailed report is on, like, 263, if
24 that helps.  You got to look in the --
25     THE WITNESS:  Okay.  Here it is.  It's on Bates

Page 171

1  268.  It's a note from BMW back to the dealer, indicates
2  that "repair was under 7/70 emissions warranty.  Please
3  code accordingly.  Please refund customer deductible
4  since their repair was covered under the 7/70 warranty.
5  Thank you."
6  BY MR. JOHNSON:
7  Q   Ultimately this repair was not covered under the
8  extended service contract, but it was covered by the 7/70
9  warranty; is that correct?
10 A   Correct.  Because the part falls under that
11 coverage.
12 Q   And BMW paid for the repairs associated with the
13 customer's concern regarding Line Item B; is that
14 correct?
15 A   Yeah.  The claim was processed with the BMW
16 system as a typical warranty claim, but it was coded as
17 a -- an emissions covered component.
18 Q   So just so the record is clear, ultimately how
19 did BMW process the concern on Line Item B and pay for
20 the -- the claim?
21     MR. DIXON:  Just going to object as to vague and
22 ambiguous as to "process."
23     THE WITNESS:  So like I said, the warranty
24 administrator files a claim as -- as they -- as he or she
25 would during any -- any vehicle warranty claim that is

Page 172

1  covered by the warranty.  Same process.
2  BY MR. JOHNSON:
3  Q   And my question goes to how did BMW finalize
4  their payment of the -- the repair?  Under what warranty?
5  A   Under the emissions warranty, the federal
6  mandate coverage.
7     MR. DIXON:  I think we should just refer to
8  the -- because -- go back to the -- the whatever -- the
9  mileage is.  I don't want you to make any misstates, any
10 warranty infringements here that covered it.
11    THE WITNESS:  It's a seven-year, 70,000-mile
12 emissions warranty.
13 BY MR. JOHNSON:
14 Q   And let's go back to page 202.  When I say
15 "202," it means BMW NA Bates Stamp 202.
16    Are you guy on the same page?
17 A   202?
18    MR. DIXON:  We'll be there shortly.
19    THE WITNESS:  202?
20    MR. DIXON:  202, yeah.
21    MR. JOHNSON:  202, yes.
22    MR. DIXON:  Okay.  We're there.
23 BY MR. JOHNSON:
24 Q   Line Item A, can you -- if you know -- I know
25 this is a BMW of El Cajon document -- the federal

Deposition of
JOSE GRIJALVA

DONG V. BMW OF NORTH AMERICA
July 17, 2020

Page 173

1  emissions warranty 11-10-22 or 80,000 -- was that
2  applicable for Line Item E?  Or no?
3      MR. DIXON:  I don't want you to guess.
4      THE WITNESS:  Yeah.
5      MR. DIXON:  I want you to look at the warranty.
6      (Audio disruption and reporter request for
7      clarification.)
8      MR. DIXON:  I'm instructing the witness I don't
9  want the witness to guess, so I want him to take his
10 time.  If he needs to look at another document, you know,
11 feel free to do so.
12     THE WITNESS:  Yeah, this is an El Cajon
13 document.  This might be something that -- that they put
14 on their cars that are beyond the -- the 50,000-mile
15 warranty coverage.  Might be just be a reminder for
16 someone to check.
17 BY MR. JOHNSON:
18   Q   Do you know what the emissions warranty of eight
19 years and 80,000 is?
20     MR. DIXON:  Objection.  Asked and answered.
21     THE WITNESS:  That -- again, that's something
22 that they probably put in themselves.  I don't know where
23 they would have got that information from.  What I do
24 know is that the part was covered by the seven-year,
25 70,000-mile emissions coverage --

Page 174

1  BY MR. JOHNSON:
2    Q   Okay.
3    A   -- which should be listed on here.
4    Q   Let's go ahead and go to -- I want to have the
5  record clear.  Let's go to page 491.  And we're looking
6  at -- for the deposition purposes, Exhibit 13, the
7  warranty vehicle inquiry.  And I believe we looked at it
8  earlier.
9      Have we looked at this document today?
10     MR. DIXON:  Yes.
11 BY MR. JOHNSON:
12   Q   Okay.  And is this a true reflection of the
13 accuracy of the document, sir?
14   A   Yes.
15   Q   Okay.  We were talking about page 14.  So our
16 document has a claim header, and I -- I don't want to --
17 need you to document that.  I have incorrect on --
18     Is this the warranty vehicle inquiry regarding
19 Repair Order 186070?  Page 14 of it is?
20     MR. DIXON:  Page 14?
21     MR. JOHNSON:  Of 31 for that particular
22 document.
23     MR. DIXON:  The --
24 BY MR. JOHNSON:
25   Q   Yeah.  Does that make sense, sir?

Page 175

1    A   Yeah.  It says RO number is 186070.
2    Q   Is this a -- what is this -- is this a summary
3  of what took place for that claim?
4    A   Yeah.  It's all the information that -- that was
5  part of the repair order.
6    Q   And what's a Davis number?
7    A   Davis number refers to -- it's a -- it's a count
8  of days based on the repair order open and close date of
9  how many days the repair order was open.
10   Q   And what do you use a Davis number for?
11     What does BMW use the Davis number for?
12   A   It gives you, like, a brief -- not a brief --
13 but, like, a quick overview of how many days in service
14 this car would have been in.
15   Q   So for this repair order, the vehicle -- the
16 subject vehicle is in service for eight days; is that
17 correct?
18     MR. DIXON:  Objection.  The document speaks for
19 itself.
20 BY MR. JOHNSON:
21   Q   I -- besides it says "Davis number."
22   A   Yeah, that would be what it would represent.
23 But I would have to look at the actual repair order.
24   Q   Do you want to look at the repair order?  I
25 don't want you to assume.

Page 176

1      MR. DIXON:  Do you want him to calculate what --
2  how many days out the car was for the November 2017
3  visit?
4      MR. JOHNSON:  I'm just asking how many days out
5  there was because of the Davis number.  So the Davis
6  number says eight days out, and I just want to make sure
7  that his records are correct.
8      When I say "his," BMW's records.
9      THE WITNESS:  Yeah.  So the last time the car
10 was worked on was on the 13th.  So it was the day before
11 the RO closed.
12     MR. DIXON:  And, again, he's referring to BMW El
13 Cajon's records.
14 BY MR. JOHNSON:
15   Q   Okay.  Let's go back to the -- page 491.  I
16 don't know if you can type it in or if you have to
17 scroll.
18     MR. DIXON:  Before we get started again, can we
19 take a quick break?
20     MR. JOHNSON:  Absolutely.
21     (Recess)
22 BY MR. JOHNSON:
23   Q   And on this repair visit, is there a document
24 that states what warranties are applicable for the
25 subject vehicle?

Page 177

1    MR. DIXON: Wait. Are you looking at the WVI?
2  Or are you looking at something else?
3    MR. JOHNSON: I'm just asking you, BMW.
4    Is there a document that states -- I can
5  rephrase it if necessary.
6    MR. DIXON: No, I was just confused because I
7  thought we were looking at 491, and then it sounded like
8  you were -- might have been referring to the
9  dealership's, where they had that at the top of the
10 active warranty. I just want to make sure the witness is
11 looking at the right document.
12   MR. JOHNSON: Yeah. I'm asking him what
13 document to look at. So --
14   MR. DIXON: Oh.
15   MR. JOHNSON: Is it --
16   THE WITNESS: On page 491, it's just a list of
17 parts.
18 BY MR. JOHNSON:
19   Q   Okay. And how much did BMW pay BMW of El Cajon
20 to do the repair for this particular claim?
21   A   There's a total value down at the bottom of page
22 491. It's $9,635.13.
23   Q   And does BMW get a discount compared to a
24 consumer when paying for a repair?
25       MR. DIXON: Objection. Exceeds the scope of

Page 178

1  today's deposition notice. Also is unrelated to any of
2  the claims --
3       (Audio disruption and reporter request for
4       clarification.)
5    MR DIXON: And it's completely unrelated to any
6  claims or defenses in this case.
7    To the extent the witness knows, he can provide
8  a response on behalf of himself, not the corporation.
9    THE WITNESS: Yeah. I'm not sure what you mean
10 by "discount."
11 BY MR. JOHNSON:
12   Q   Would a customer pay the same amount that BMW
13 paid for this particular repair?
14   MR. DIXON: Same objection. Same instruction.
15   THE WITNESS: Well, there's warranty rate, and
16 then the dealership can charge their door rate when cars
17 are out of warranty.
18 BY MR. JOHNSON:
19   Q   But you're not familiar with the rate; is that
20 correct?
21   A   Of -- no. Of El Cajon, no.
22   Q   And earlier I asked if there was a document that
23 details out the applicable warranties for the subject
24 vehicle on this particular repair.
25       Do you know what document that would be, or if

Page 179

1  there is one?
2    MR. DIXON: I'm going to object. Vague and
3  ambiguous.
4    THE WITNESS: And this is RO 186060?
5    MR. JOHNSON: It is RO 186070.
6    I might be able to help you out for -- you don't
7  have to scroll through all the pages.
8    MR. DIXON: I think he found it.
9    MR. JOHNSON: Page 235?
10   MR. DIXON: Yep.
11   THE WITNESS: Yep.
12   MR. JOHNSON: Okay. Sorry. I lost my footnote
13 for myself.
14 BY MR. JOHNSON:
15   Q   What are the warranties that are applicable for
16 the subject vehicle for this repair order?
17   MR. DIXON: Just going to object that it
18 misstates the -- the document. It's also vague and
19 ambiguous.
20 BY MR. JOHNSON:
21   Q   I want to clarify the record, just make it
22 clean.
23       Did Ms. Dong's subject vehicle have any coverage
24 by BMW at this repair order regarding the warranties?
25       MR. DIXON: Same objections.

Page 180

1  BY MR. JOHNSON:
2    Q   Go ahead if you can answer.
3    A   Yeah. Looks like it's only the -- the only
4  thing that's active is the coverage that she purchased
5  and the -- the balance of the federal emissions and
6  California emissions coverage.
7    Q   Okay. And who created this part of the
8  document? Is this BMW of El Cajon? Or BMW?
9    A   This gets generated with -- from the VIN number.
10   Q   And does BMW generate this document?
11   A   Yeah. It's information that gets pulled from --
12 from the vehicle -- from the vehicle information in our
13 system when the dealers generate a key data and the
14 repair order.
15   Q   And so I have four codes on the -- on page 236
16 at the very top -- or five actually. MP, MP, ESC, FE,
17 CA.
18       Do you see that?
19   A   Yeah.
20   Q   What does -- what are those for?
21   A   Well, MP is the maintenance plan.
22   Q   Okay. ESC -- what is that?
23   A   ESC is the extended service contract that --
24 that was purchased by Siyu Dong on the side. So she's
25 the owner of the contract.

Page 205

1  fuel pump extension warranty be good for based off of
2  years?
3  A   2024 on time -- as far as time.
4  Q   And --
5  A   11-2024.
6  Q   And for mileage?
7  A   Would be 120,000.
8  Q   So Repair Order 213975 -- did the subject
9  vehicle have a high-pressure fuel pump limited warranty
10 active?
11     MR. DIXON: Objection. Misstates the document.
12 Vague and ambiguous.
13     THE WITNESS: The high-pressure fuel pump
14 inquiry was there, and it shows active.
15 BY MR. JOHNSON:
16 Q   So on Repair Order 213975, was it active?
17 A   Yeah, looks like that's what was used to do the
18 claim.
19 Q   So did BMW of El Cajon submit a warranty claim
20 to BMW for the customer's concern on Line Item C of
21 Repair Order 123975?
22 A   Yeah, they submitted a claim for this repair
23 using the -- the part extension for the high-pressure
24 fuel pump.
25 Q   And did BMW pay El Cajon for this repair?

Page 206

1  A   Yes.
2  Q   And how much did BMW pay El Cajon for this
3  repair under warranty?
4     MR. DIXON: Click the claim details.
5     THE WITNESS: Looks like $8,938.28.
6  BY MR. JOHNSON:
7  Q   And what page are you on?
8  A   I'm on page -- Bates Stamp 483, page 8 of 31.
9  Q   You say 483?
10 A   Yeah.
11    MR. DIXON: He was looking at 8 of 12 -- or not
12 8 of 12 -- sorry -- 8 of 31 of the WVI.
13 BY MR. JOHNSON:
14 Q   Okay. So Exhibit 13. Page 8 of Exhibit 13
15 essentially. Okay.
16    And it looks like -- or strike that.
17    How was BMW contacted regarding this repair?
18 A   A TSARA case was submitted.
19 Q   Okay. And the TSARA report is Exhibit 18, and I
20 have Bates stamps of 598 to 607.
21    (Exhibit 18 was marked for identification and is
22    attached hereto.)
23 BY MR. JOHNSON:
24 Q   Are you there?
25 A   Yes.

Page 207

1  Q   Okay. Is this a true and correct copy of the
2  TSARA Case ID 34858?
3  A   I believe so, yes.
4  Q   And evaluating Ms. Dong's repurchase request of
5  the subject vehicle, did BMW speak with Gary Hartman
6  regarding her request?
7  A   I don't believe so, no.
8  Q   And did BMW speak with Alejandro Quiroz --
9  Quiroz, Q-U-I-R-O-Z -- regarding Ms. Dong's repurchase
10 request?
11 A   I don't believe so.
12 Q   And in this document, on page -- I think it's 6
13 of 10 for the TSARA report, so BMW Bates stamp 603 on my
14 end, it's -- says "workshop feedback."
15    Let me know when you're there.
16 A   Yes.
17 Q   And it says "TC decision available."
18    What does that mean?
19 A   That's what we talked about earlier, the title
20 clearing, that the authorization is available.
21 Q   And so the -- it looks like the authorization
22 was approved by BMW; is that correct?
23 A   Yes, it's approved by the responder.
24 Q   And they say for the warranty claim; is that
25 correct?

Page 208

1     MR. DIXON: Just going to object. The document
2  speaks for itself.
3     Referring to the bottom, there.
4  BY MR. JOHNSON:
5  Q   What does it mean by "warranty claim"?
6  A   You have to -- you have to provide the TC number
7  with approval alongside with your warranty claim because
8  if you don't, the -- the claim will be rejected.
9  Q   So was Ms. Dong's concern regarding the Repair
10 Order 208043 approved as a warranty claim?
11 A   No, that -- it -- the part was approved for
12 replacement. The part was claimed under the part
13 extension, not a vehicle -- new vehicle warranty.
14 Q   So is this -- why does it say it's approved as a
15 warranty claim, then?
16 A   Well, as we discussed earlier, the same system
17 that's used to submit regular claims that are performed
18 under the new vehicle warranty is the same system that's
19 used, and it's the same terminology. It's the same
20 coding.
21    It's a -- it's a one-stop -- we don't have
22 separate systems for cars that -- for -- for programs
23 that are not vehicle warranty or customer pay. It uses
24 the same system, so that's what you would use to file the
25 claim.

Page 209

1  Q  But you separate the warranty claims from the
2  repair attempts outside of the general warranty when
3  analyzing a customer's repurchase and replacement --
4  replacement request; is that correct?
5  A  Say that again?
6  Q  So you -- you don't separate the warranty
7  claims, according to you, and the service maintenance
8  claims in your program at BMW; but you separate the
9  warranty claims under the general warranty from the
10 service claims when analyzing a customer's repurchase or
11 replacement; is that correct?
12     MR. DIXON:  I'm just going to object that it's
13 compound.  It's argumentative.  Calls for legal
14 conclusion.
15     THE WITNESS:  Well, this repair was -- was
16 performed using the part extension, not the new vehicle
17 warranty, because that already had expired 24,000 miles
18 prior.
19 BY MR. JOHNSON:
20  Q  Okay.  And in this document, on the next page, I
21 believe page 9 of 10, did BMW communicate with Nicholas
22 Owen regarding Ms. Dong's repurchase request?
23  A  Not that I'm aware.
24  Q  And did BMW contact Nicholas Owen regarding what
25 type of gas station she goes to with the -- for her

Page 210

1  vehicle?
2  A  That's the information that's there, yes.  The
3  gas station.
4  Q  And bottom of page 9 -- oh, strike that.
5     Did BMW of El Cajon inform you of any kind of
6  customer abuse or neglect to the vehicle on this repair
7  visit?
8     For example, is she using improper gas?
9  A  Doesn't look like a fuel analysis was performed.
10 The fuel tank -- the complete fuel tank and its contents
11 were replaced, and no analysis was made of the fuel that
12 was in there.
13  Q  And at the end of the document -- and I don't
14 know who wrote this -- it states "Gary, the vehicle got a
15 complete fuel system back in 11-2017.  We are collecting
16 more information on these repeat fuel system failure
17 vehicles."
18     Do you know who wrote this?
19     MR. DIXON:  Go to the TSARA case with the less
20 redaction --
21     Counsel, if you remember, this morning I sent
22 you a different TSARA case.  I haven't had a chance to
23 get it Bates stamped yet.
24     MR. JOHNSON:  Oh, I did not see that E-mail.  I
25 apologize.

Page 211

1     MR. DIXON:  Probably around the time you sent me
2  the exhibits for today.
3     Anyway, it's not Bates stamped.  And we can get
4  that done after the fact.  But it's the same thing with
5  less redactions.  The redactions should have only
6  pertained to the contact information such as the E-mails
7  and phone numbers, and so that's what this document now
8  reflects.
9     MR. JOHNSON:  Okay.  Can you let me know who
10 wrote this E-mail to Gary?
11     THE WITNESS:  Looks like Mike Piatkowski.
12 BY MR. JOHNSON:
13  Q  And did you -- did BMW speak with Mike
14 Piatkowski regarding Ms. Dong's repurchase request?
15  A  I don't believe so, no.
16  Q  And why is Mike Piatkowski collecting more
17 information on these repeat fuel system failure vehicles?
18     MR. DIXON:  Objection.  Exceeds the scope of
19 today's deposition.  Calls for speculation.
20     To the extent the witness can provide a
21 response, he can do so, but it will be on behalf of
22 himself and not the corporation.
23     THE WITNESS:  I -- there's no other detail other
24 than they're -- he's asking about fuel stations, what
25 types of fuels are being used.

Page 212

1  BY MR. JOHNSON:
2  Q  He's also -- what is he talking about when he
3  says he's collecting more information on these repeat
4  fuel system failure vehicles?
5     MR. DIXON:  Same objection.  Same instruction.
6     THE WITNESS:  Well, the very next sentence says
7  "can you find out from the customer if they use the same
8  fueling station all or most of the time?"
9     So they're collecting data to find out what type
10 of fuel is being used.  That's what I read there.
11 BY MR. JOHNSON:
12  Q  Is the fuel causing the failure of the fuel pump
13 in these vehicles?
14     MR. DIXON:  Same objections.  Same instruction.
15     Also calls for an expert opinion.
16 BY MR. JOHNSON:
17  Q  You can go ahead and answer if you can.
18  A  Yeah, I don't have a -- I don't have an answer
19 for that.
20  Q  And do you know what type of vehicles he's
21 talking about?
22     MR. DIXON:  Same objection.
23     THE WITNESS:  There's no additional information
24 on there, so I wouldn't know what additional vehicles
25 he's talking about.

Page 213

1  BY MR. JOHNSON:
2     Q   Could they be related to the 2015 BMW X5's since
3  it's the subject vehicle that's being discussed in this
4  E-mail exchange?
5           MR. DIXON:  Same objection.
6           THE WITNESS:  There's nothing -- there's nothing
7  there for me to go off of to say yes or no.
8  BY MR. JOHNSON:
9     Q   And do you know whether or not 2015 BMW X5's are
10 suffering from repeat fuel system failures?
11          MR. DIXON:  Same objection.
12          THE WITNESS:  I don't have any data to rely on
13 as far as numbers or anything.
14 BY MR. JOHNSON:
15    Q   Okay.  And let's go to -- on the same
16 document -- and I just lost it.
17         There -- on page 8 of it, it looks like a
18 procedure; is that correct?
19    A   Page what?
20    Q   Eight of the TSARA case.
21    A   Yes.
22    Q   Okay.  And did BMW follow up with BMW of El
23 Cajon if they followed this procedure?
24    A   I don't think they did.  The instructions are
25 pretty clear.

Page 214

1     Q   And would BMW typically be charged for new
2  diesel fuel?
3           MR. DIXON:  Objection.  Calls for speculation.
4  Exceeds the scope of today's deposition.
5           To the extent the witness can provide an answer,
6  he can do so on behalf of himself, not the company.
7           THE WITNESS:  Does -- what was your question?
8  BY MR. JOHNSON:
9     Q   When performing a repair and the case
10 instructions -- or strike that.
11         In performing the repair and the instructions
12 state to put new fuel in the vehicle, does BMW
13 typically -- is BMW typically charged for new diesel fuel
14 in the warranty claim?
15          MR. DIXON:  Same objections and instruction.
16          THE WITNESS:  I don't know if -- the dealer
17 would have to submit, like, a -- some type of a supply
18 or -- or --
19          MR. DIXON:  I don't want you to guess, I mean,
20 unless you know.
21          THE WITNESS:  I have to look at the WVI, see
22 what was charged.
23 BY MR. JOHNSON:
24    Q   Okay.  If you -- page 482, I think.
25    A   I don't see anything -- any fuel charge other

Page 215

1  than just components.
2     Q   And do you know if BMW of El Cajon put new --
3  new diesel fuel into the subject vehicle on this repair?
4           MR. DIXON:  Objection.  Calls for speculation.
5  Exceeds the scope of the deposition notice.
6           Looks like there's a detail report.  I think
7  450, detail report.  I'm not sure if that'll help.
8  BY MR. JOHNSON:
9     Q   Did you determine whether or not --
10          MR. DIXON:  He's still reviewing the document.
11          THE WITNESS:  Yeah, I don't see any additional
12 cost for fuel on the -- on the claim.
13 BY MR. JOHNSON:
14    Q   And let's go -- do you have any reason to
15 believe that he did put new fuel into the vehicle?
16          MR. DIXON:  Same objections.
17 BY MR. JOHNSON:
18    Q   Based off your review of the documents.
19    A   Well, the instructions were -- were clear what
20 to kind of -- what to use.
21    Q   Okay.  And the TSARA case references the SIB
22 011417.  And that is Exhibit 16, I think.
23          MR. DIXON:  What page are you on of the PDF?
24          MR. JOHNSON:  I want to reference BMW Bates
25 stamp 553.

Page 216

1           MR. DIXON:  553 on the TSARA case?
2           MR. JOHNSON:  No, I'm on the BMW Bates stamps,
3  553.  So it's Exhibit 16.  So it's in your main set of
4  documents.  If you go to BMW Bates stamp 553, maybe 555
5  for you.  I'm not sure.
6           MR. DIXON:  Of the SIBs?  That's what you're --
7  you're going to?
8           MR. JOHNSON:  Yep.
9           MR. DIXON:  Okay.  We're there.
10          MR. JOHNSON:  Yeah.  The TSARA references the
11 SIB, when we looked at it earlier.  We can go back to the
12 TSARA if you want.
13          MR. DIXON:  No.  We were just having a hard time
14 earlier.  We were -- got the SIBs pulled up.
15          Which one do you want to look at?
16          MR. JOHNSON:  01-14-17.
17          MR. DIXON:  Got it pulled up.
18          MR. JOHNSON:  You're on that page?
19          MR. DIXON:  Yes.
20 BY MR. JOHNSON:
21    Q   Okay.  What prompted BMW to issue this SIB?
22          MR. DIXON:  Objection.  Calls for speculation.
23 Exceeds the scope of the deposition notice and the
24 objections and the limitations set forth in Exhibit 2.
25          To the extent the witness knows, he can provide

Page 217

1  a response on behalf of himself, not the corporation.
2          THE WITNESS:  This information comes from AG,
3  and I don't know who at AG would -- or how the process
4  was -- how this would come to be as it comes from AG.
5  BY MR. JOHNSON:
6     Q    Why does BMW not -- wait.  Strike that.
7          On page -- the next -- the second page of the --
8  of the SIB, so page 2 of 6 of SIB 01-14-17, has a picture
9  of a part; is that correct?
10    A    Yes.
11    Q    Okay.  BMW states there is no immediate repair
12 required unless the BMW vehicle is currently experiencing
13 the problem.  They also state there's no recall notice --
14         So why is BMW not replacing the part before it's
15 a problem?
16         MR. DIXON:  Objection.  Calls for speculation.
17 And I'll reassert the same objections as previous, as
18 well as the same instruction.  Any answer would be the
19 deponent's alone, not the corporation.
20         THE WITNESS:  Simply where the little finger is,
21 it says "notes:  This bulletin is notice of a limited
22 warranty extension.  This is not a notice of recall or
23 service action, so there is no immediate repair required
24 unless the BMW vehicle is currently experiencing this
25 problem."

Page 218

1          So it's -- it's basically telling the dealership
2  this is not a recall or service action.  This is advising
3  that -- that this component has been -- the warranty
4  has -- the limited warranty has been extended on this
5  component only for ten years, 120,000 miles.
6  BY MR. JOHNSON:
7     Q    Did -- did BMW redesign the component?
8          MR. DIXON:  Same objections and instruction.
9          THE WITNESS:  Not that I'm aware of.
10 BY MR. JOHNSON:
11    Q    Does BMW know why this component would fail
12 within 25,000 miles?
13         MR. DIXON:  Same objections.  Same instruction.
14 Also incomplete hypothetical.
15         THE WITNESS:  I don't have any information as to
16 this particular part, why it failed or why it needed to
17 be replaced.
18 BY MR. JOHNSON:
19    Q    Is this a serviceable part for the vehicle?
20         MR. DIXON:  Objection. Calls for speculation.
21 Vague as to time and scope.
22 BY MR. JOHNSON:
23    Q    Go ahead.
24         THE WITNESS:  You say it's a pool part?
25 ///

Page 219

1  BY MR. JOHNSON:
2     Q    No, a serviceable.
3          Can you service the engine high-pressure fuel
4  pump?
5     A    I don't believe so.
6     Q    Was this SIB active on November 7, 2017?
7          MR. DIXON:  Objection.  Calls for speculation.
8  Vague and ambiguous as to this vehicle.
9          MR. JOHNSON:  The subject vehicle.
10         THE WITNESS:  The bulletin was circulated in
11 2017, and it was updated in August of 2018, then again in
12 June of 2019.
13         (Audio disruption and reporter request for
14         clarification.)
15         MR. DIXON:  Oh, yeah, vague and ambiguous as to
16 which vehicle his question pertained to.
17         You want to rephrase your question or have the
18 court reporter read it back?
19 BY MR. JOHNSON:
20    Q    I can ask the question again.
21         On November 7, 2017, was this SIB active for the
22 subject vehicle?
23         MR. DIXON:  If you need to look at the WVI, I
24 want you -- you can look at -- even though he's directing
25 you at that document, you can look at any one you -- that

Page 220

1  might be helpful for you.
2          THE WITNESS:  Yeah.  The comment in the WVI was
3  added to this particular VIN in March of 2019.
4  BY MR. JOHNSON:
5     Q    What date was the original issue date of the SIB
6  01-14-17?
7          MR. DIXON:  I'm going to object.  That exceeds
8  the scope of today's deposition and the objections and
9  limitations set forth in the Exhibit 2.
10         To the extent the deponent can provide a
11 response, he can do so on his own behalf.  It won't be
12 the company.
13         THE WITNESS:  I have to go research that to see
14 if -- what the original date was.
15 BY MR. JOHNSON:
16    Q    And I know that the document request for
17 production asks for all SIBs related to the subject
18 vehicle and the defects.
19         Where are the copies of the prior versions of
20 SIB 01-14-17?
21         MR. DIXON:  Going to object that it's an
22 improper deposition question.  If you have an issue with
23 the discovery that we've produced, we can deal with it
24 online.
25         MR. JOHNSON:  Okay.  We can take it up later.

| Deposition of JOSE GRIJALVA | DONG V. BMW OF NORTH AMERICA July 17, 2020 |
|---|---|

Page 229

1  go to T01731400211.
2      What was the interaction with my -- with the
3  plaintiff, Siyu Dong, and BMW?
4      A   So looks like this was the request for road
5  service.
6      Q   And do you know what happened?
7      A   Looks like there was a call to dispatch, and the
8  call got canceled for some reason.
9      Q   And do you know if the -- the roadside
10  assistance was -- was dispatched?
11      MR. DIXON:  I know it's getting late in the day.
12  I know you're -- just make sure you're reading this --
13  this correctly as to the dispatch and whether that was
14  canceled.
15      MR. JOHNSON:  Are you talking to me?
16      MR. DIXON:  No, I'm talking to the witness.  I
17  don't want him to misstate the document or provide
18  incorrect testimony.
19      THE WITNESS:  Yeah, looks like Loyal Towing was
20  dispatched, and there is a tow to address on Balboa
21  Avenue in San Diego.
22  BY MR. JOHNSON:
23      Q   And do you know what that address is for, a
24  place of business or residence?  Do you know?
25      MR. DIXON:  Objection.  Calls for speculation.

Page 230

1  BY MR. JOHNSON:
2      Q   If you know.
3      A   No, I don't know offhand what that address is.
4      Q   Okay.  And what date was this note created?
5      A   November 10th, 2017.
6      Q   And do you know what time it was created?
7      A   Looks like at 12:32 a.m.
8      Q   And what was the next interaction with Ms. Dong
9  and BMW?
10      A   Looks like the service request detail T01 --
11  01911100300.
12      Q   And what date was this interaction?
13      A   Looks like April 21st, 2019, at 4:57.
14      Q   Okay.  And the interaction on November 10,
15  2017 -- what was the final result of that interaction?
16  Just the vehicle being towed?
17      MR. DIXON:  Were you going back to the --
18  BY MR. JOHNSON:
19      Q   Yeah.  Was that closed out?
20      A   It looks like -- yeah.  Looks like there's a --
21  there's a -- like, possibly a PO number, but I'm not
22  sure.
23      Q   Was there any communication between BMW North
24  America and Ms. Dong on the -- on the November 10, 2017,
25  trip?

Page 231

1      MR. DIXON:  I'm going to object.  That misstates
2  the document to say it was towed on November 10th, 2017.
3      MR. JOHNSON:  The day the note was created.
4      MR. DIXON:  They could have found out
5  afterwards.
6      MR. JOHNSON:  Obviously the date the note was
7  created, that's it.  What the document says.
8      MR. DIXON:  Okay.  And the repair order says
9  that on November 7th, it was towed in.  She called on
10  November 7th.
11      MR. JOHNSON:  Mr. Dixon, if you just let the
12  deponent testify if he can recall --
13      MR. DIXON:  I'll let the deponent testify if you
14  ask him a few questions so we can get through this.
15  BY MR. JOHNSON:
16      Q   So was that -- so was the request closed out?
17      MR. DIXON:  Document speaks for itself.
18      THE WITNESS:  Looks like November 10th was the
19  last entry.
20  BY MR. JOHNSON:
21      Q   And did BMW communicate with Ms. Dong for the
22  service request over the telephone?  Or E-mail?
23      A   Looks like by phone.
24      Q   And what was discussed?  Do you know?
25      A   Looks like they were trying to figure out a to

Page 232

1  and from address.
2      Q   Any other phone calls between Ms. Dong and BMW
3  for the service request?
4      MR. DIXON:  Objection.  Misstates the document.
5      THE WITNESS:  Fills in -- it was updated on the
6  10th.
7  BY MR. JOHNSON:
8      Q   Okay.  And what's the next contact between
9  Ms. Dong and BMW customer relations department?
10      A   So this is 2019 now, April 2019.  And it's a
11  road service assistance call.
12      Q   And what happened here?
13      A   Looks like the car -- there's an address.  Looks
14  like that's where the pickup location is.  And looks like
15  it was set for extraction on 4-19.
16      Q   Okay.  Let's move along or -- so for the -- the
17  Service Request Detail T01911100300 is regarding a
18  request for roadside assistance, 4-10; is that correct?
19      A   Yes, that's what it looks like.
20      Q   And let's go to Service Request Detail
21  201917002086.
22      And what occurred on this occasion?
23      A   Looks like this was -- this was the call -- this
24  is an escalation note for a repurchase request.
25      Q   Okay.  And the very -- we're on Bates Stamp 468

Page 233

1  on my document, which is page 6 of 15 of Exhibit 14. The
2  code description says "repeat repair/comeback, goodwill
3  assistance request, and service product issue."
4       What are those codes referring to?
5    A   They're just characterizing the call, what
6  the -- what the complaint is.
7    Q   And the defect of the vehicle is referenced as a
8  fuel system and fuel pump; is that correct?
9    A   Yeah. This is information as far as what the
10 customer is relaying.
11   Q   And it looks like the solution note on it --
12 who's Tom Iula?
13   A   He's a customer relations rep.
14   Q   And who escalated the repurchase request?
15   A   That would come from the call center.
16   Q   And why would they escalate it?
17   A   Why would they what?
18   Q   Why would they escalate the repurchase request?
19   A   Because of what the customer is requesting.
20   Q   Repeat fuel system failure?
21   A   No, repurchase request.
22   Q   Okay. And the ultimate solution was what from
23 BMW?
24   A   The ultimate solution?
25   Q   What was the solution to Ms. Dong's repurchase

Page 234

1  request?
2    A   Well, on this one the -- the repurchase was
3  declined.
4    Q   And it looks like there's a bunch of activities.
5  The first activity related to the service request detail
6  is from Tyler Scott; is that correct?
7    A   Yes.
8    Q   And did Tyler Scott talk to Ms. Dong on this --
9  on 6-19-2019?
10   A   This is just indicating what the customer says
11 on the phone.
12   Q   And were you involved in this communication? Or
13 no?
14      MR. DIXON: Him personally? Or BMW?
15 BY MR. JOHNSON:
16   Q   You personally.
17   A   No.
18   Q   And BMW's next interaction with Ms. Dong is from
19 Tyler Scott, it looks like on 6-19; is that correct?
20      What happened on this interaction, the second
21 visit -- or entry with Tyler Scott?
22   A   Yeah. So this is just 30 seconds after the
23 first one. So it's just a continuation of the entry, of
24 what the call was. Just more information. The
25 vehicle -- the ID, more information about when the

Page 235

1  vehicle was purchased, so on and so forth.
2    Q   And what did the customer request Tyler Scott to
3  do? Do you know?
4    A   Well, this is a -- it's already an escalation
5  because the customer requested a repurchase. So looks
6  like he just -- Tyler Scott is just filling out the
7  information that was conveyed by the customer.
8    Q   And looks like the customer is requesting
9  that -- she wants to get another car or help selling the
10 car; is that correct?
11      And it says "expectation from who."
12      What does that mean? Do you know?
13      Strike all those questions.
14      What was BMW's understanding of what she was
15 requesting at the time of the 6-19-2019 entry at 8:10 or
16 20:10:46?
17      MR. DIXON: Going to object. It's been asked
18 and answered.
19      THE WITNESS: Yeah. Looks like she's just
20 requesting either -- help into another car or for someone
21 to help her sell the car.
22 BY MR. JOHNSON:
23   Q   And then what was the next interaction between
24 BMW and Ms. Dong?
25   A   Looks like the this escalated to the market

Page 236

1  team, and this is the interaction from Sarah Goforth and
2  to Kayla Serrano, and it's just transfer of information.
3    Q   Did Ms. Goforth talk to Ms. Dong on this
4  occasion?
5    A   Doesn't look like it. Looks like this is just a
6  conversation between Sarah and Kayla at BMW.
7    Q   And what -- what is the outcome of the
8  conversation between Sarah and Kayla?
9    A   Well, just Sarah is just providing information
10 to Kayla about what the request is and just the pertinent
11 information about the vehicle at this point.
12   Q   Okay. And then what happens from there? Does
13 it get assigned to another individual?
14   A   Kayla gets information, and then she sends it to
15 the customer issue pending inbox.
16   Q   Does it ultimately get assigned to Tom Iula?
17   A   Yeah. Looks like it's assigned to Tom on
18 6-21-19.
19   Q   And what happens when Tom Iula is assigned to
20 the case?
21   A   So once he gets good information, he makes
22 contact with the customer, and informs the customer that
23 he'll be the contact from this point forward and advises
24 her of what the -- what the process is.
25   Q   And was this an E-mail? Or a phone call?

Page 253

1  
2              -EXAMINATION-  
3  BY MR. DIXON:  
4      Q    Have you ever evaluated a buyback request at the  
5  prelitigation stage?  
6      A    Yes.  
7      Q    What do you review in the -- in conjunction with  
8  that review of that customer's request for a buyback?  
9      A    That would entail the -- the vehicle repair  
10 history, the repair orders, the warranty vehicle inquiry.  
11 If there's any additional information such as a PuMA case  
12 or TSARA case, that would be also reviewed.  The -- the  
13 technician's story of what was actually performed, if  
14 there's any other technical data such as diagnostic  
15 tests, that would also be reviewed as well.  
16     Q    And you mentioned earlier that Dan Mark was --  
17 you consider him like one of your mentors, someone you  
18 worked with?  
19     A    Yeah.  When I first started on these -- the -- I  
20 mentored with him for -- along with some of the seasoned  
21 guys that worked there.  
22     Q    And based off of your working with Dan Mark, has  
23 he, in the past, when evaluating customer buyback  
24 requests, reviewed similar documents in order to make  
25 that determination?

Page 254

1      A    Yeah, that's my understanding, that that's the  
2  data we would rely on.  
3      Q    And I think you testified that you rely on the  
4  repair orders in order to get the technician story as  
5  well as the customer's concerns; correct?  
6      A    Yeah, that's how we would get that information.  
7      Q    This -- this vehicle was accompanied by a -- a  
8  new vehicle warranty that was four years, 50,000 miles;  
9  correct?  
10     A    That's correct.  
11     Q    What were plaintiff's concerns that were raised  
12 during the new vehicle warranty?  
13     A    Well, as far as was repaired or replaced was a  
14 mirror.  There was also some noise complaints of sorts  
15 that were never verified, and I think there was a  
16 software update as well.  
17     Q    Were there any high-pressure fuel pump  
18 replacements during the new vehicle warranty?  
19          (Audio disruption and reporter request for  
20          clarification.)  
21          MR. JOHNSON:  I didn't either.  
22          THE WITNESS:  No.  
23          MR. DIXON:  Did you guys hear that?  
24          MR. JOHNSON:  Yeah.  We're good.  
25          THE REPORTER:  I heard that.  Thank you.

Page 255

1  BY MR. DIXON:  
2      Q    The vehicle was accompanied at the time of  
3  purchase with a new vehicle warranty for four years,  
4  50,000 miles; correct?  
5      A    Yes.  
6      Q    And that warranty starts from what date?  
7      A    For the in-service date, which would coincide  
8  typically with the purchase date.  
9      Q    Okay.  And that warranty would either expire at  
10 the end of four years or when the vehicle eclipsed  
11 50,000 miles; correct?  
12     A    Yeah, whichever comes first.  
13     Q    So if the vehicle is sold, say, for example,  
14 used with -- with 10 miles on it, does that warranty  
15 start at the -- the new 10-mile mark?  Or is it whenever  
16 the vehicle eventually eclipses the 50,000-mile mark is  
17 where the warranty would end?  
18     A    Correct.  Because the car is already in service  
19 if it's a used car.  
20     Q    And even if it was just a few miles due to the  
21 dealership driving it or test drives, would be the same  
22 thing; correct?  
23     A    Correct.  
24     Q    So it's the total mileage on the engine itself?  
25     A    Right.

Page 256

1      Q    Okay.  We talked a lot about kind of the  
2  process or almost, like, accounting that BMW uses to  
3  classify customer pay, warranty repairs, maintenance  
4  repairs.  
5           You recall that?  
6      A    Yes.  
7      Q    Okay.  And there's no distinction from BMW NA's  
8  perspective as to that accounting process as to which  
9  warranty is covering for the process of figuring out what  
10 to repay or refund to the dealership; correct?  
11     A    It's the same system is used for if it's a new  
12 vehicle warranty claim or extended service contract, or  
13 even a certified preowned claim.  The same system is  
14 used.  
15     Q    Okay.  So even though that might be more  
16 shorthand in the vehicle warranty inquiry, that doesn't  
17 mean it wasn't covered under the new vehicle warranty or  
18 in comparison to one of the emissions warranties  
19 regulated by either California law or federal law;  
20 correct?  
21     A    Correct.  It -- the coverage is based on what  
22 the -- what the mileage is.  If it's past the new vehicle  
23 warranty, then it would go to whatever other coverage  
24 is -- would cover that component or that repair.  
25     Q    And when you did your evaluation in order to

Deposition of
JOSE GRIJALVA

DONG V. BMW OF NORTH AMERICA
July 17, 2020

Page 261

```
 1        DEPONENT'S CHANGES OR CORRECTIONS
 2   Note:  If you are adding to your testimony, print
 3   the exact words you want to add.  If you are deleting
 4   from your testimony, print the exact words you want to
 5   delete.  Specify with "Add" or "Delete" and sign
 6   this form.
 7
 8        DEPOSITION OF:  JOSE GRIJALVA
 9        CASE:  DONG V. BMW OF NORTH AMERICA
10        DATE OF DEPOSITION:  JULY 17, 2020
11   PAGE       LINE       CHANGE/ADD/DELETE/REASON
12   ____       ____       _____
13   ____       ____       _____
14   ____       ____       _____
15   ____       ____       _____
16   ____       ____       _____
17   ____       ____       _____
18   ____       ____       _____
19   ____       ____       _____
20   ____       ____       _____
21   ____       ____       _____
22   ____       ____       _____
23   ____       ____       _____
24   ____       ____       _____
25   ____       ____       _____
```

Page 262

```
 1   PAGE       LINE       CHANGE/ADD/DELETE/REASON
 2   ____       ____       _____
 3   ____       ____       _____
 4   ____       ____       _____
 5   ____       ____       _____
 6   ____       ____       _____
 7   ____       ____       _____
 8   ____       ____       _____
 9   ____       ____       _____
10   ____       ____       _____
11   ____       ____       _____
12   ____       ____       _____
13   ____       ____       _____
14   ____       ____       _____
15   ____       ____       _____
16   ____       ____       _____
17   ____       ____       _____
18   ____       ____       _____
19   ____       ____       _____
20   ____       ____       _____
21   ____       ____       _____
22   ____       ____       _____
23   ____       ____       _____
24   ____       ____       _____
25   Deponent's Signature _____ Date_____
```

Page 263

```
 1             REPORTER'S CERTIFICATE
 2
 3        I, LINDSAY JAGICH, a Certified Shorthand Reporter
 4   of the State of California, do hereby certify:
 5        That the foregoing proceedings were taken before
 6   me at the time and place herein set forth; that any
 7   witnesses in the foregoing proceedings, prior to
 8   testifying, were administered an oath; that a record of
 9   the proceedings was made by me using machine shorthand
10   which was thereafter transcribed under my direction; that
11   the foregoing transcript is a true record of the
12   testimony given.
13        Further, that if the foregoing pertains to the
14   original transcript of a deposition in a federal case,
15   before completion of the proceedings, review of the
16   transcript was requested.
17        I further certify I am neither financially
18   interested in the action nor a relative or employee of
19   any attorney or any party to this action.
20        IN WITNESS WHEREOF, I have this date subscribed
21   my name.
22
23   DATED:  AUGUST 3, 2020
24                            _____
                              LINDSAY JAGICH, CSR No. 13889
25
```